**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 26 2025

JEFFREY P. COLWELL
CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

(To be supplied by the court)

Sirrlove Williams living Breathing Man

_____ Plaintiff

v.

chief Hiworbown

Deputy laba

Mail Room officer Jane Doe

officer John Doe

_____, Defendant(s).

**Jury Trial requested:**
(please check one)

✓ Yes ____ No

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Sirrlove Williams Po Box 4918
(Name, prisoner identification number, and complete mailing address)

Centennial Colorado 80155
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

✓ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner
___ Other: (*Please explain*) _____

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   Chief Tiworbrown
(Name, job title, and complete mailing address)
Chief of Arapahoe Sheriff Dei
Department

*At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?* ✓ Yes ___ No (*check one*). *Briefly explain:*
Employor of illegally acting
Deputie

Defendant 1 is being sued in his/her ___ individual and/or ✓ official capacity.

2

Defendant 2: Deputy Labor of the
(Name, job title, and complete mailing address)
Arapahoe Sheriffs Department
centennial colorado

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (check one). Briefly explain:

illegally acting
Deputy

Defendant 2 is being sued in his/her ___ individual and/or ✓ official capacity.

Defendant 3: Mail Room Lady Jane Doe
(Name, job title, and complete mailing address)
Mail Room Arapahoe Sheriff Dertment

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (check one). Briefly explain:

illegally hold and opening
Mail Refusing me indigent
legal envelope,

Defendant 3 is being sued in his/her ___ individual and/or ✓ official capacity.

Defendant 4: John Doe Arapahoe sheriffs
Deputy who illegally open mail.

## C.   JURISDICTION

Indicate the federal legal basis for your claim(s): (check all that apply)

✓ State/Local Official (42 U.S.C. § 1983)

✓ Federal Official

As to the federal official, are you seeking:

✓ Money damages pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971)

✓ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

___ Other: (please identify) _____

3

### D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Theft, Mail tampering, Violation of Due Process, violation of privacy, intimidation Campaign of harassment, Lawsuit retaliation

Claim one is asserted against these Defendant(s):

Supporting facts:

ON 02-14-2025 8:30 am the Mailroom M1 came to My cell 1C15 and told me they are about to open My out-going Mail and then the open Paper inside of the invelope taped shut Mark as legal Evidence and took it contaminating the evidence ,,, I filed a Grievance officer laba Got upset so at Mel line 02-14-2025 1:29PM he took My Mail 10 envelopes addressed to 901-19th St. Rm A105 Denver co 80294 U.S.D.C. and threw them on the ground and left them for

→    →

# D. Cause of Claim

any inmate coming out to pick up he had No plan to Put them in the Mail box there traces of urin and fico on Pod floor he kicked them a left. The Mail lady JaneDoe is also refusing to give Me legal indigent envelope, and it has been on Month, since My first request 01-15-2025 and shes say she sent every time I requested the camera wont she the she's lying. Hiworbrown file totrain supervise and Monitor also disciplin his officer.

## D. Cause of Claim

The Don't follow the turner test INCOMING and out going Mail is Not signed for mail is held 2 weeks or More out going and INCOMMING Hiworbrown is running a Continuing illegall interprise. legal Work is Searched Without Me pressent.

**E.    PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):    N A

Docket number and court:    N A

Claims raised:    N A

Disposition: (is the case still pending? has it been dismissed?; was relief granted?)    N A

Reasons for dismissal, if dismissed:    N A

Result on appeal, if appealed:    N A

**F.    ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

___ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

___ Yes ___ No (*check one*)

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

1 Million $

and in daulction

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

02-16-2025
(Date)

(Revised November 2022)

6

I Sirrlove Williams sware under Penalty of Perdur this statement is true a factual under Penalty of Perdury on 9:00am 2-14-2025 two Arapahoe Sheriffs Deputies came to My cell 1c15 with the Mail room lady and open legal Mail address to 901-19th st 80294 Denver Colo and removed evidence of officer Davis spitt on My legal work contaminating it or switching it officer laba was up set

that I grievenced the matter on his fellow Mexican officer So he threw my legal Mail on the pod floor kick it and left it.

Sirrlove Williams
02-15-2025  11:00a

# Affidavit

I Sirrlove Williams Here by Seware under Penalty of Perdury that this Statement is true given of 02-03-2025 at 1:30 PM in Centennial Colorado at Arapahoe Count Jail.

- 01-30-2025 I Kept Kiting the Mail room for legal Envelope Never received them So I filed a Grievance or 2, Mail room Call Pod officer trying to find out where these legal envelopes went, 01-31-2025 Pod office go to Mail room, at different times and relize there Not

at Mail room. The same thing was happening to my kosher meal application, except I know it was officer Davis, so when the Chaplin hand delivered a kosher meal application, I tested Davis, an gave it to him, while he was with the Nurse doing Noon Medline he threw it away, I documented the time and date. It is now 02-03-2025 at 4:50 PM The mail room emailed me wanting me to confirm if I have recieve legal envelopes, I have not.

I Sirrlove Williams here by swares under penalty of perdury this statement is true ON 02-14-2025 I handed 10 legal envelopes to Sheriff Deputy Laba at 1:27 PM he droped them on the ground and said I'll get them latter and left them after kicking them to the side for an inmate who does not like me.

all you have to do is review the camra and his body cam, I was respectful. he was mad I filed a grievance on his fello Mexican officer

I here by sware this is a true State-ment under the Penalty of Perdury ON 02-05-2025 at 8:40 am an Arapaho Package under My Cell to with what apeared to be chew Tabaco spit I look out the door and officer Davis was Whatching maintnance Chewing tabaco.

02-14-2025

Espirito Williams

# ADMINISTRATIVE SEGREGATION REVIEW REPORT

POD _____
I/M _____
BKG _____

| | | |
|---|---|---|
| **Inmate's Name:** | Williams, Sirrlove | **Review Date:** 2/12/2025 |
| **Booking Number:** | 24-11716 | **Current Housing:** 1D10 |
| **Review Period:** | 2/6/25 - 2/12/25 | **Book In Date:** 11/8/2024 |
| | | **Ad Seg Start Date:** 11/9/2024 |

## 1. Reason for placement in Administrative Segregation:

IM is housed alone in booking, throwing food and water under his door. IM is yelling at staff who walk by and using racial and homophobic slurs. IM is using bodily fluids to write on his window. IM's behavior are erratic and not appropriate to house with others at this time.

## 2. Considerations/ occurences during the review period:

On 2/10/25 IM initiated the interview by informing Classifications that a deputy spit chewing tobacco on his law library paperwork. He weas confident that the deputy intended to damage the paperwork even when asked if it could be a coffee stain. He added that he observed the deputy chew to bacco while working. Classifications asked IM if he met with the Forensic Navigators.He said yes then stated he did not sign their ROI because he did not them to know about certain facts of his case. He cited attorney client privilege. Classifications remarked that he should ask the Navigators if he could limit information released. IM then asked about a NDA. He was advised to kite the law library. IM was polite and talkative. There were several items on his desk and middle bunk. He was groomed. On 2/11/25 pod staff reportes IM constantly demands grievances even when issues have been addressed. Per pod logs, IM used his time out. No issues logged.

## 3. Behaviors and/ or changes that need to occur prior to reassignment to a less restrictive area:

Consistently display the following behaviors:
1. Follow staff directives and facility rules.
2. Do not assault any staff or other inmates.

## 4. Additional Comments:

Next Court Date: 2/28/25
On 12/12/24 the court ordered an in custody competency evaluation. On 1/27/25 IM was found ITP, restoration ordered.

## 5. Recommendations:

___X___ A. Conduct/ attitude/ situation unchanged, remain in current housing assignment
_____ B. Terminate the Administrative Segregation order and return to General Population
_____ C. Other:

**Next Review Date:** 2/19/2025

**New Housing Assignment:** N/A

**Copy of this Review given to the inmate on:** 2/12/2025

**Review Committee Members:**



AW 13014
Name and Star # _____

Lt. A. Workman  9949
Name and Star # _____

Sgt. T. Baker 11048
Name and Star # _____

4 (Rev 08.20)

# ADMINISTRATIVE SEGREGATION REVIEW REPORT

POD _____
I/M _____
BKG _____

| | | | |
|---|---|---|---|
| Inmate's Name: | Williams, Sirrlove | Review Date: | 2/19/2025 |
| Booking Number: | 24-11716 | Current Housing: | 1C15 |
| Review Period: | 2/13/25 - 2/19/25 | Book In Date: | 11/8/2024 |
| | | Ad Seg Start Date: | 11/9/2024 |

**1. Reason for placement in Administrative Segregation:**

IM is housed alone in booking, throwing food and water under his door. IM is yelling at staff who walk by and using racial and homophobic slurs. IM is using bodily fluids to write on his window. IM's behavior are erratic and not appropriate to house with others at this time.

**2. Considerations/ occurences during the review period:**

On 2/13/25 Classifications observed several papers spread on IM's cell floor. When Classifications commented on IM's cell conditions, the pod deputy interjected that IM received a lot of printouts from the law library. Classifications asked IM if the paperwork appeared manipulated or tampered with; IM said no. IM appeared reserved during the interview. IM's hygiene appeared maintained. On 2/18/25 pod staff reported IM used his time out to watch TV and shower. He has been appropriate with them, however asks questions that pose concern. For example, IM asked how long video is stored. They feel he interprets them not answering IM's questions as withholding information for nefarious purposes. Per pod logs, IM used his time out. No issues logged.

**3. Behaviors and/ or changes that need to occur prior to reassignment to a less restrictive area:**

Consistently display the following behaviors:
1. Follow staff directives and facility rules.
2. Do not assault any staff or other inmates.

**4. Additional Comments:**

Next Court Date: 3/28/25
On 12/12/24 the court ordered an in custody competency evaluation. On 1/27/25 IM was found ITP, restoration ordered.

**5. Recommendations:**

___X___ A. Conduct/ attitude/ situation unchanged, remain in current housing assignment

_____ B. Terminate the Administrative Segregation order and return to General Population

_____ C. Other:

**6. Next Review Date:** 2/26/2025

**7. New Housing Assignment:** N/A

**8. Copy of this Review given to the inmate on:** 2/19/2025

**9. Review Committee Members:**



Brott  07071
Name and Star #

Lt. A. Workman  9949
Name and Star #

Sgt. T. Baker 11048
Name and Star #

AC94 (Rev 08.20)

| Request Type: | GRIEVANCE | | Request Subtype: | STAFF CONDUCT |
| Assigned Group: | | | Assigned User: | 06017 |
| Request Number: | 775132 | Status: CLOSED | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Initial Location: | ███████ | | | |
| Inmate Number: | 542582 | | Current Location: | ████ ███ |
| | | Inmate Secondary Number: | 202400011716 | |

| Stamp | Action Detail | User |
|---|---|---|

**12/06/2024  06:43 pm**

RESPONSE:    9949

Mr. Williams, You lost your time out on 11/24 with Team 3 due to threatening to throw feces at deputies (Pod log entered by Deputy Chasse). I am forwarding your grievance on to Sgt. Longfellow, who is the sergeant on duty fo 11/24. Lt. Workman
9949

**12/06/2024  06:43 pm**

USER ASSIGNED CHANGED    9949
FROM 9949 TO [06017] LONGFELLOW, JACOB

**01/12/2025  03:34 pm**

CLOSED:    06017

Mr. Williams, anytime that you threaten the safety of the deputies in the pod your time out will be canceled for their safety. This includes threats of physical violence to include use of bodily fluids. Furthermore, as has been stated numerous times in this grievance chain, you are not allowed to be out of your cell after 10:00 pm while the entire facility is on lockdown.

**01/12/2025  03:34 pm**

FLAG CHANGED    06017
FLAGGED AS UNFOUNDED

| Request Type: | GRIEVANCE | | Request Subtype: | STAFF CONDUCT |
|---|---|---|---|---|
| | | | Assigned User: | 06017 |
| Assigned Group: | | | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Request Number: | 775132 | Status: CLOSED | Current Location: | ■■■■■ |
| Initial Location: | ■■■■■ | | Inmate Secondary Number: | 202400011716 |
| Inmate Number: | 542582 | | User | |

**Stamp  Action  Detail**                                                          9750

**11/19/2024  08:39 am**
    [READ: 11/20/2024 09:33:16] [GRIEVANCE] GRIEVANCE INSTRUCTI
    Please submit your grievance

**11/20/2024  09:49 am**
    INMATE RESPONSE:
    i do not need to be harA**ed don't lie and say I'm cheaking mmediction I need it for werms indeed that don't take my time
    out or  once  man please don't harA**ed a person can only take so much I feel I should get an extra sack lunch I don't know
    how my brekfest was played wit while it set for hours!!!!                12039

**11/21/2024  08:07 am**
    CLOSED:
    ADMIN: If you wish to submit a grievance, please include: the date and time of the incident, the location (pod/dayroom/cell),
    exactly what happened, and which staff member(s) or inmate(s) was involved.
                                                                            12039

**11/21/2024  08:07 am**
    FLAG CHANGED
    FLAGGED AS UNFOUNDED

**11/22/2024  10:37 am**
    INMATE APPEAL:
    lawsuit is file in this matter I can't fall behind on the 19th official let me know there going to mess with me everyday
                                                                            9750

**11/25/2024  06:42 am**
    USER ASSIGNED CHANGED
    FROM 9750 TO [WWASHINGTON] Washington, Warene

**11/25/2024  12:07 pm**
    INMATE RESPONSE:
    2 Nov 24 after return from medical I was denied time ou t officer in tower said not to day dude and snickered @ 10:05pm
    then 10:10 pm officer making round stood between pods and yelled to mgrow up and eat a man up I felt sexuall violated
                                                                    WWASHINGTON

**11/26/2024  02:55 pm**
    USER ASSIGNED CHANGED
    FROM WWASHINGTON TO [9750] WISCAMB, DARBY                               9750

**11/27/2024  04:50 am**
    USER ASSIGNED CHANGED
    FROM 9750 TO [11048] BAKER, TERESA                                      11048

**11/27/2024  05:26 pm**
    CLOSED:
    Mr Williams, no one is allowed out after 10 pm.  We are on facility wide lockdown at that time. Also, what deputy said this
    and I will address this with them.                                      11048

**11/27/2024  05:26 pm**
    FLAG CHANGED
    FLAGGED AS UNFOUNDED

**11/28/2024  04:04 pm**
    INMATE APPEAL:
    Of course no inmates are out at that time my point I he Skip me I just want to  document it was done on purpose then at
    10:10pm one of his bodies verbally asexually A**ault d me by saying grow up and eat a man up!!! Something is wrong if you
    think that's  okay?                                                     9750

**12/02/2024  09:09 am**
    USER ASSIGNED CHANGED
    FROM 9750 TO [9949] Workman, Adam

**12/02/2024  12:28 pm**
    INMATE RESPONSE:
    files in court

| Request Type: | GRIEVANCE | | |
| Assigned Group: | GRIEVANCE - STAFF ETHICS | Request Subtype: | STAFF CONDUCT |
| Request Number: | 776657 | Assigned User: | |
| Initial Location: ▉ | Status: CLOSED | | |
| | | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Inmate Number: | 542582 | Current Location: ▉ ▉ | |
| | Inmate Secondary Number: | 202400011716 | |

| Stamp | Action | Detail | User |
|---|---|---|---|
| 11/22/2024  08:33 am | | [READ: 11/22/2024 10:12:25] [GRIEVANCE] GRIEVANCE INSTRUCTI Please submit your grievance | 9750 |
| 11/22/2024  10:29 am | | INMATE RESPONSE: i should not fear  suit reatailiation | |
| 11/25/2024  09:05 am | | CLOSED: ADMIN: If you wish to submit a grievance, please include: the date and time of the incident, the location (pod/dayroom/cell), exactly what happened, and which staff member(s) or inmate(s) was involved. | 9750 |

| | Request Subtype: | STAFF CONDUCT |
|---|---|---|
| Request Type: | GRIEVANCE | Assigned User: | 9750 |
| Assigned Group: | | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Request Number: | 776656 | Status: CLOSED | Current Location: ▮▮▮▮▮ |
| Initial Location: ▮▮▮▮ | | Inmate Secondary Number: | 202400011716 |
| Inmate Number: | 542582 | User | |

**Stamp    Action    Detail**                                         9750

11/22/2024  08:32 am
 [READ: 11/22/2024 10:12:29] [GRIEVANCE] GRIEVANCE INSTRUCTI
 Please submit your grievance

11/22/2024  10:31 am
 INMATE RESPONSE:                                             9750
 There is no which thing as appeared you did or did not

11/25/2024  09:05 am
 CLOSED:
 ADMIN: If you wish to submit a grievance, please include: the date and time of the incident, the location (pod/dayroom/cell),
 exactly what happened, and which staff member(s) or inmate(s) was involved.                                             9750

11/25/2024  09:05 am
 FLAG CHANGED
 FLAGGED AS UNFOUNDED

11/28/2024  03:54 pm
 INMATE APPEAL:                                             9750

12/02/2024  08:45 am
 CLOSED:
 ADMIN: If you wish to submit a grievance, please include: the date and time of the incident, the location (pod/dayroom/cell),
 exactly what happened, and which staff member(s) or inmate(s) was involved.                                             9750

12/02/2024  08:45 am
 FLAG CHANGED
 FLAGGED AS UNFOUNDED

| Request Type: | GRIEVANCE | | |
|---|---|---|---|
| Assigned Group: | | Request Subtype: | FOOD SERVICES |
| Request Number: | 784739 | Assigned User: | 03092 |
| Initial Location: ■■■ | Status: CLOSED | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Inmate Number: | 542582 | Current Location: ■■■ | |
| | | Inmate Secondary Number: | 202400011716 |

| Stamp | Action | Detail | User |
|---|---|---|---|

12/10/2024  06:07 pm
[READ: 12/11/2024 09:10:04] [GRIEVANCE] GRIEVANCE INSTRUCTI    24001
Please submit your grievance

12/11/2024  09:21 am
INMATE RESPONSE:
i have not received kosher dietary papers at all is it because of lawsuit retaliation

12/11/2024  11:36 am
CLOSED:    JNGUYEN
KITCHEN: If you need a special diet for religious reasons, kite Programs.

12/11/2024  11:56 am
INMATE APPEAL:
I have kited program do to past lawsuit my papers for kosher diet was thrown away

12/12/2024  06:24 am
USER ASSIGNED CHANGED    9750
FROM 9750 TO [03092] SPAIN-MADRIGAL, STEFANIE

12/12/2024  09:09 am
INMATE RESPONSE:
The chaplain just drop off another form I filled it out and gave it to officer Davis

12/17/2024  11:57 am
CLOSED:    03092
I show that you are on a medically ordered diet. If this is not correct, please kite medical. Thanks. Lt. Spain-Madrigal 03092

12/17/2024  11:57 am
FLAG CHANGED
FLAGGED AS UNFOUNDED    03092

| | Request Subtype: | STAFF CONDUCT |
|---|---|---|
| Request Type: GRIEVANCE | Assigned User: | 12054 |
| Assigned Group: | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Request Number: 776658 | Status: APPEAL | Current Location: ▓▓▓▓▓▓ |
| Initial Location: ▓▓▓▓▓ | Inmate Secondary Number: 202400011716 | |
| Inmate Number: 542582 | User | |

**Stamp   Action   Detail**                                                9750

**11/22/2024  08:33 am**
[READ: 11/22/2024 10:12:27] [GRIEVANCE] GRIEVANCE INSTRUCTI
Please submit your grievance

**11/22/2024  10:27 am**
INMATE RESPONSE:
Officers are attacking me in serious was now there are say I can't use a chair to which TV on my time out retaliation needs to stop I have a right to file lawsuit without officer trying to get get back for Denver Sherriffs

**11/22/2024  10:27 am**
INMATE RESPONSE:
Officers are attacking me in serious was now there are say I can't use a chair to which TV on my time out retaliation needs to stop I have a right to file lawsuit without officer trying to get get back for Denver Sherriffs                                    9750

**11/25/2024  08:38 am**
USER ASSIGNED CHANGED
FROM <UNASSIGNED> TO [10030] CONLEY, SEAN

**11/25/2024  12:01 pm**
INMATE RESPONSE:
I was sent to medical unit for this complaint                            10030

**11/28/2024  07:11 am**
CLOSED:
The chair was removed from the dayroom during your time out because you have a history of throwing it around in an aggressive manner, as well as throwing feces. Please follow the rules outlined in the inmate handbook and items wont be taken away from you when theyre misused.

**01/27/2025  04:06 pm**
INMATE APPEAL:
Situation has not change I've had my hand slammed in tray slot ,officers staged fight with me and inmate Badal                9750

**01/28/2025  06:16 am**
USER ASSIGNED CHANGED
FROM 9750 TO [12054] BRYAN, EDRED

| Request Type: | GRIEVANCE | | Request Subtype: | MAIL/CORRISPONDENCE |
|---|---|---|---|---|
| Assigned Group: | | | Assigned User: | 0008 |
| Request Number: | 785862 | Status: CLOSED | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Initial Location: | ▉▉▉▉▉ | | Current Location: | ▉▉▉▉▉ |
| Inmate Number: | 542582 | | Inmate Secondary Number: | 202400011716 |

| Stamp | Action Detail | User |
|---|---|---|

**12/13/2024  06:32 am**

[READ: 12/13/2024 07:20:27] [GRIEVANCE] GRIEVANCE INSTRUCTI        23089
Please submit your grievance

**12/13/2024  07:29 am**

INMATE RESPONSE:
I let you know I don't fell safe doing my time out with people a day later they let me out with a guy who threatened me there was a fist fight this was a set up

**12/13/2024  08:26 am**

USER ASSIGNED CHANGED        9750
FROM <UNASSIGNED> TO [10030] CONLEY, SEAN

**12/13/2024  08:44 am**

CLOSED:        10030
This is being investigated as a criminal matter.

**12/13/2024  08:54 am**

INMATE APPEAL:
not even one day ago I let clA**ification and mental health know I don't want to come out with any one a day latter they let me out with a guy who pissed on the Qur'an threatened me runs around the unit Becket why would they do this

**12/16/2024  06:30 am**

USER ASSIGNED CHANGED        9750
FROM 9750 TO [0008] BOHM, RICHARD

**12/18/2024  04:16 pm**

INMATE RESPONSE:
I have let clA**ification and mental health know I don't feel safe coming out with inmates for my time out they're still doing it trying to set me up the next day after the fight was staged with me and badly Nader they let me out with his friend how they knew who to let me out with is because after the fight he came and argued win me out side my door when they call for they nurse they told her I was upset cursing the next day they let me out with Masers friend!!!!

**12/19/2024  09:24 am**

CLOSED:        0008
Mr. Williams, the incident you are talking about is being handled as a criminal matter. Even if you were let out of your cell with someone you dont get a long with, it is up to you to behave in a legal/ethical manner. If it happens in the future, I would hope that you would notify the deputies/tower and not engage in a fight. Lt. Bohm *0008

**12/19/2024  09:24 am**

FLAG CHANGED        0008
FLAGGED AS UNFOUNDED

| Request Type: | GRIEVANCE | | Request Subtype: | MAIL/CORRISPONDENCE |
|---|---|---|---|---|
| | | | Assigned User: | 02020 |
| Assigned Group: | | | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Request Number: | 784740 | Status: CLOSED | | |
| | | | Current Location: | ▮▮▮▮▮ |
| Initial Location: | ▮▮▮▮▮ | | | |
| Inmate Number: | 542582 | | Inmate Secondary Number: | 202400011716 |

| Stamp | Action | Detail | User |
|---|---|---|---|
| | | | 24001 |

**12/10/2024  06:08 pm**
  [READ: 12/11/2024 09:10:00] [GRIEVANCE] GRIEVANCE INSTRUCTI
    Please submit your grievance

**12/11/2024  09:18 am**
  INMATE RESPONSE:
    The Turner Test is not being hollowed that the federal court put in place regarding mail I have no way of knowing if legal
    mail is coming in or going out                                                        9750

**12/13/2024  08:33 am**
  USER ASSIGNED CHANGED
    FROM <UNASSIGNED> TO [16087] MATHEWS, TRINA
                                                                                          16087

**12/13/2024  08:53 am**
  USER ASSIGNED CHANGED
    FROM 16087 TO [15090] HERRIMAN, JENNIFER
                                                                                          15090

**12/13/2024  08:59 am**
  CLOSED:
    I do not know what the Turner Test is, so please clarify that.  However, if you receive legal mail it will be processed and
    sent to you (and it is logged in our system).  Your outgoing mail is also processed and sent out five days a week.  If for
    some reason your mail is returned to the jail it is also returned to you.  We are obligated by policy to get your legal mail to
    you within 48 hours of receiving it.  Thank you.

**12/18/2024  04:26 pm**
  INMATE APPEAL:
    The federal court has let me know I am missing a lot of documents this is a violation of my duprocess my projected conduct
    and the way you are doing it is bold even jail mail is being disposed of
                                                                                          9750

**12/19/2024  07:12 am**
  USER ASSIGNED CHANGED
    FROM 9750 TO [02020] WHISKER, BRANDON

**12/25/2024  04:52 pm**
  INMATE RESPONSE:
    Removing documents from legal mail is illegal this document from U.S.D.C. still missing has not been returned why take
    legal documents from legal mail?                                                      02020

**01/14/2025  10:01 am**
  CLOSED:
    Sir,
    The mail room does not open or remove documents from legal mail. if legal is opened unitentionally then a note would be
    placed inside stating so.
    Lt whisker 02020                                                                      02020

**01/14/2025  10:01 am**
  FLAG CHANGED
    FLAGGED AS UNFOUNDED

Request Type:    **GRIEVANCE**

Assigned Group:

Request Number:    786664        Status: CLOSED

Request Subtype:    **FOOD SERVICES**

Assigned User:    0008

Initial Location: ▓▓▓▓▓

Inmate Name:    **WILLIAMS, SIRRLOVE REESE**

Inmate Number:    542582

Current Location: ▓▓▓▓▓

Inmate Secondary Number:    202400011716

Stamp    Action    Detail    User

12/14/2024  07:21 pm
[READ: 12/14/2024 19:21:43] [GRIEVANCE] GRIEVANCE INSTRUCTI    14039
Please submit your grievance

12/14/2024  07:30 pm
INMATE RESPONSE:
now they're taking things off my food tray like Cookie's is it healthy for them to play with my food when it leaves the kitchen i only had a orange and sandwich that was the only thing in my sack lunch  is it not enough for them to set up fights between inmates they want to play with my food  play with my mail open legal mail taken documents I'm just a man in a cell they hate me that much now they play with my food?

12/16/2024  07:08 am
USER ASSIGNED CHANGED    9750
FROM <UNASSIGNED> TO [SMCGREGOR] MCGREGOR, SIMONE

12/16/2024  03:59 pm
INMATE RESPONSE:
I don't know me its just me but there's some strange the that,I'm seeing I believe in following rules and I'm not going to hesitate to point something out Just like an officer does to inmates no one is above the law

12/17/2024  12:25 pm
CLOSED:    JNGUYEN
KITCHEN: All diet are prepared and served according to preplanned diet sheets developed by Aramark registered dietitians. Staff is not leaving anything out of your meals, will check into this matter but all meals are prepared correctly. Thanks

12/18/2024  04:02 pm
INMATE APPEAL:
Officer davis threw away my kosher meal application and when officers don't like you they do things to your food this keeps happening

12/19/2024  07:08 am
USER ASSIGNED CHANGED    9750
FROM 9750 TO [10030] CONLEY, SEAN

12/19/2024  07:24 am
CLOSED:    10030
Please open and verify the contents of your meal in the presence of staff to ensure all required components are present. Thank you.

12/27/2024  08:06 am
INMATE APPEAL:
You guys are still playing with my food 12/25/2024 my breakfast was so shook up I couldn't tell what it was thanks

12/30/2024  09:05 am
USER ASSIGNED CHANGED    9750
FROM 9750 TO [0008] BOHM, RICHARD

12/31/2024  12:46 pm
CLOSED:    0008
Mr. Williams, the advice provided by Sgt. Conley is good advice. If your meal is not right, bring it up to the deputy at the time and if they dont resolve an issue, request to speak with a supervisor. Lt. Bohm *0008

12/31/2024  12:46 pm
FLAG CHANGED    0008
FLAGGED AS UNFOUNDED

| Request Type: | GRIEVANCE | | Request Subtype: | STAFF CONDUCT |
|---|---|---|---|---|
| | | | Assigned User: | 0008 |
| Assigned Group: | | | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Request Number: | 785895 | Status: CLOSED | Current Location: | ▓▓▓▓ |
| Initial Location: | ▓▓▓▓ | | Inmate Secondary Number: | 202400011716 |
| Inmate Number: | 542582 | | User | |

**Stamp    Action    Detail**                                              23089

**12/13/2024  07:57 am**
[READ: 12/13/2024 07:58:21] [GRIEVANCE] GRIEVANCE INSTRUCTI
Please submit your grievance

**12/13/2024  08:07 am**
INMATE RESPONSE:
As I sespected officer set me up to be A**ault end by a guy whose been threatening me through the doors not even a day after I kited medical and clA**ification and told them I don't fr I kited medical and clA**ification and told them I don't feel safe coming out with people I was not going to wait for him to attack me first th
9750

**12/13/2024  08:23 am**
USER ASSIGNED CHANGED
FROM <UNASSIGNED> TO [10030] CONLEY, SEAN

**12/13/2024  08:44 am**
INMATE RESPONSE:
This is called prizzing I told mental health and clA** about this one day ago why would they let me out with a guy who pissed on the Qur'an threatened me runs around the unit Becket why I want to talk to I.A.B. for Arapaho sheriffs Department I want to press charges on on these Deputies
10030

**12/13/2024  08:44 am**
CLOSED:
This is being investigated as a criminal matter.

**12/14/2024  10:23 am**
INMATE APPEAL:
I hope so its called prizing when you put two inmates against each other and I could not tell exactly what was going on with out being label d a snitch then have to fight more people
9750

**12/16/2024  06:30 am**
USER ASSIGNED CHANGED
FROM 9750 TO [0008] BOHM, RICHARD

**12/16/2024  11:27 am**
INMATE RESPONSE:
I don't think officer should be filing street charges on me to cover their buttts that's illegal I've already sent out a lawsuit I a victims whether they like it or not inmates can't be put in a arena to do battle especially when I warned them 2days before IT happened,that's called dilliberate indiference  I had a need for safety the ignored and now their trying to cover it up by complicating the reality of what took place
0008

**12/19/2024  09:24 am**
CLOSED:
Mr. Williams, the incident you are talking about is being handled as a criminal matter. Even if you were let out of your cell with someone you dont get a long with, it is up to you to behave in a legal/ethical manner. If it happens in the future, I would hope that you would notify the deputies/tower and not engage in a fight. Lt. Bohm *0008
0008

**12/19/2024  09:24 am**
FLAG CHANGED
FLAGGED AS UNFOUNDED

| Request Type: | GRIEVANCE | | Request Subtype: | MAIL/CORRISPONDENCE |
|---|---|---|---|---|
| Assigned Group: | | | | |
| Request Number: | 787464 | Status: CLOSED | Assigned User: | 02020 |
| Initial Location: ▓▓▓ | | | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Inmate Number: | 542582 | | Current Location: ▓▓▓ | |
| | | Inmate Secondary Number: | 202400011716 | |

| Stamp | Action Detail | User |
|---|---|---|

**12/16/2024  07:23 pm**
    [READ: 12/18/2024 15:17:33] [GRIEVANCE] GRIEVANCE INSTRUCTI    **09099**
    Please submit your grievance

**12/18/2024  03:30 pm**
    INMATE RESPONSE:
    Federal court has let me know I did not get the documents mentthey sent me

**12/19/2024  08:23 am**
    USER ASSIGNED CHANGED    **9750**
    FROM <UNASSIGNED> TO [15090] HERRIMAN, JENNIFER

**12/19/2024  10:29 am**
    CLOSED:    **15090**
    This has already been responded to.

**12/22/2024  07:40 pm**
    INMATE APPEAL:
    These wore documents to to me by U.S.DC.these should not have been taken out of my legal mail they wore title Violation of Attorney Client Privilege Hiworbrown case#1:24-cv-03287 sent to me from feral court was this taken so I couldn't show this court proof of my lawsuit against my attorney? I need this document back this violates my civil rights and my projected conduct

**12/23/2024  11:53 am**
    USER ASSIGNED CHANGED    **12039**
    FROM 9750 TO [02020] WHISKER, BRANDON

**12/27/2024  07:56 am**
    INMATE RESPONSE:
    Its a federal crime to tamper with mail I am a pretrial detainee I still have rights you are handicapping me as I utilize my protected conduct what is there to fear I'm one man with out a law degree you feel the need to team up against me and still my legal mail it is not the sheriff job to punish me

**01/14/2025  10:01 am**
    CLOSED:    **02020**
    responded

**01/14/2025  10:01 am**
    FLAG CHANGED    **02020**
    FLAGGED AS UNFOUNDED

| Request Type: | GRIEVANCE | | Request Subtype: | MAIL/CORRISPONDENCE |
|---|---|---|---|---|
| | | | Assigned User: | 02020 |
| Assigned Group: | | | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Request Number: | 787346 | Status: CLOSED | | |
| | | | Current Location: | ▮▮▮▮▮ |
| Initial Location: | ▮▮▮▮▮ | | | |
| Inmate Number: | 542582 | | Inmate Secondary Number: | 202400011716 |

| Stamp | Action Detail | User |
|---|---|---|
| | | 23057 |
| 12/16/2024  03:05 pm | [READ: 12/16/2024 15:31:08] [GRIEVANCE] GRIEVANCE INSTRUCTI Please submit your grievance | |
| 12/16/2024  03:37 pm | INMATE RESPONSE: I sent out legal mail which came back return sender it was open and missing a document from the united state District Court Case# 1:24-cv-03287  this violated the Turner Test also was not legal I would like the document back! | |
| | | 9750 |
| 12/17/2024  06:35 am | USER ASSIGNED CHANGED FROM <UNASSIGNED> TO [09027] WOOD, TERRI | |
| 12/18/2024  04:03 pm | INMATE RESPONSE: This mail tampering needs to stop | |
| | | 9750 |
| 12/19/2024  07:11 am | USER ASSIGNED CHANGED FROM 09027 TO [15090] HERRIMAN, JENNIFER | |
| | | 15090 |
| 12/19/2024  07:25 am | CLOSED: Mr. Williams,  I have not tampered with your legal mail.  When legal mail is sent from or returned to the facility it is sent intanct and returned to you intact. | |
| 12/22/2024  07:50 pm | INMATE APPEAL: No this mail was open which I sent the envelopes to the federal court they are going to say he does not have the tool o open envelopes like that I be seen this before it's not good to lie about mail tampering!!! It is a federal crime and finger print's are on the other papers!!! | |
| | | 12039 |
| 12/23/2024  11:53 am | USER ASSIGNED CHANGED FROM 9750 TO [02020] WHISKER, BRANDON | |
| 12/25/2024  04:48 pm | INMATE RESPONSE: I'm still missing a federal court document taken out of my legal mail!! Which is illegal. | |
| | | 02020 |
| 01/14/2025  10:01 am | CLOSED: responded | |
| | | 02020 |
| 01/14/2025  10:01 am | FLAG CHANGED FLAGGED AS UNFOUNDED | |

| Request Type: | GRIEVANCE | | | |
|---|---|---|---|---|
| Assigned Group: | | | Request Subtype: | STAFF CONDUCT |
| Request Number: | 788445 | Status: CLOSED | Assigned User: | 9750 |
| Initial Location: ▓▓▓▓▓ | | | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Inmate Number: | 542582 | | Current Location: ▓▓▓▓▓ | |
| | | Inmate Secondary Number: | 202400011716 | |

| Stamp | Action Detail | User |
|---|---|---|
| 12/18/2024  10:44 pm | | |
| | [READ: 12/20/2024 13:37:03] [GRIEVANCE] GRIEVANCE INSTRUCTI | 18093 |
| | Please submit your grievance | |
| 12/20/2024  01:47 pm | | |
| | INMATE RESPONSE: | |
| | on the Dec 14th 2024 officer told inmate in cell 1c5 he will come out with me until I beat him up | |
| 12/23/2024  12:07 pm | | |
| | USER ASSIGNED CHANGED | 12039 |
| | FROM <UNASSIGNED> TO [11048] BAKER, TERESA | |
| 12/25/2024  09:27 pm | | |
| | CLOSED: | 11048 |
| | Which officer said this? | |
| 12/27/2024  07:39 am | | |
| | INMATE APPEAL: | |
| | I also don't feeling should be intraped into a fight | |
| 12/30/2024  10:02 am | | |
| | CLOSED: | 9750 |
| | ADMIN: If you wish to submit a grievance, please include: the date and time of the incident, the location (pod/dayroom/cell), exactly what happened, and which staff member(s) or inmate(s) was involved. | |

| | Request Subtype: | STAFF CONDUCT |
|---|---|---|
| Request Type:      GRIEVANCE | Assigned User: | 0008 |
| Assigned Group: | | |
| Request Number:      788303      Status: CLOSED | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| | Current Location: ▓▓▓▓ | |
| Initial Location: ▓▓▓▓ | | |
| Inmate Number:      542582 | Inmate Secondary Number: | 202400011716 |

**Stamp   Action   Detail**

User

14039

12/18/2024  04:47 pm
   [READ: 12/18/2024 16:53:23] [GRIEVANCE] GRIEVANCE INSTRUCTI
      Please submit your grievance

12/20/2024  01:51 pm
   INMATE RESPONSE:
      ii don't feel I should be charge a street charge for a fight with an unstable guy what was I suppose to do he threaten to rape
      me  and took his cloths out and was erect                    12039

12/23/2024  12:06 pm
   USER ASSIGNED CHANGED
      FROM <UNASSIGNED> TO [12019] YANTISS, JUSTIN          12019

12/24/2024  12:25 pm
   CLOSED:
      Deputy is taking a report on this.

12/27/2024  07:37 am
   INMATE APPEAL:
      Officers ignored my need for safety I've sent a 150around the jail since I arrived here my first kite was to clA** it said I
      fearofficer may us an inmate to hurt me as part of lawsuit retaliation... And they did!          9750

12/30/2024  10:02 am
   USER ASSIGNED CHANGED
      FROM 9750 TO [0008] BOHM, RICHARD                    0008

12/31/2024  12:52 pm
   CLOSED:
      Mr. Williams, your safety is one of our top priorities. The incident you mentioned has been investigated and video has been
      reviewed and documented. There is no substantiating evidence to support your claims. Lt. Bohm *0008          0008

12/31/2024  12:52 pm
   FLAG CHANGED
      FLAGGED AS UNFOUNDED

| Request Type: | GRIEVANCE | | |
|---|---|---|---|
| Assigned Group: | | Request Subtype: | STAFF CONDUCT |
| Request Number: | 788759 | Assigned User: | 9750 |
| Initial Location: | ▉▉▉▉ Status: CLOSED | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Inmate Number: | 542582 | Current Location: | ▉▉▉▉ |
| | | Inmate Secondary Number: | 202400011716 |

**Stamp**    **Action** **Detail**                                                          **User**

12/19/2024  03:45 pm
    [READ: 12/20/2024 13:36:59] [GRIEVANCE] GRIEVANCE INSTRUCTI            14039
      Please submit your grievance

12/20/2024  01:41 pm
    INMATE RESPONSE:
      On Dec 18th 2024 officer again tried to stage another fight then told me I should start a fight with the GU I was out with and
    refused me a grievance, I had to contract clA**ification then they came and ask why I did that

12/23/2024  12:08 pm
    USER ASSIGNED CHANGED                                                     12039
      FROM <UNASSIGNED> TO [11048] BAKER, TERESA

12/25/2024  10:25 am
    INMATE RESPONSE:
      Kinda tried to threatened my protected conduct .of course I'm going to take every thing all the way this is my life it's not a
    game and they filed charges!  Justice is a double edge sword you can't walk on both sides of the law

12/25/2024  09:29 pm
    CLOSED:                                                                   11048
      Who is the officer?

12/27/2024  07:26 am
    INMATE APPEAL:
      I was then with a crime to cover up officers action

12/30/2024  10:03 am
    CLOSED:                                                                   9750
      ADMIN: If you wish to submit a grievance, please include: the date and time of the incident, the location (pod/dayroom/cell),
    exactly what happened, and which staff member(s) or inmate(s) was involved.

| Request Type: | GRIEVANCE | | Request Subtype: | Z - GRIEVANCE: MEDICAL |
|---|---|---|---|---|
| | | | Assigned User: | WWASHINGTON |
| Assigned Group: | GRIEVANCE - MEDICAL | | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Request Number: | 788446 | Status: CLOSED | | |
| | | | Current Location: | ██████████ |
| Initial Location: | ██████████ | | | |
| Inmate Number: | 542582 | | Inmate Secondary Number: | 202400011716 |

**User**

**Stamp   Action   Detail**

18093

12/18/2024  10:44 pm
    [READ: 12/20/2024 13:37:04] [GRIEVANCE] GRIEVANCE INSTRUCTI
      Please submit your grievance

12/20/2024  01:44 pm
    INMATE RESPONSE:
      I never refused medical that was the officer saying that he just want to finish hearing me and badals friends beef

12039

12/23/2024  12:11 pm
    USER ASSIGNED CHANGED
      FROM <UNASSIGNED> TO [WWASHINGTON] Washington, Warene

12/27/2024  07:28 am
    INMATE RESPONSE:
      Medical needs are still being ignored

WWASHINGTON

12/30/2024  12:40 pm
    CLOSED:
      Hello, do you have a specific situation, date, and time that your medical needs were denied? Thanks.

| Request Type: | GRIEVANCE | | Request Subtype: | Z - GRIEVANCE: MEDICAL |
|---|---|---|---|---|
| Assigned Group: | GRIEVANCE - MEDICAL | | Assigned User: | WWASHINGTON |
| Request Number: | 791313 | Status: CLOSED | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Initial Location: | ███████ | | Current Location: | ███████ |
| Inmate Number: | 542582 | | Inmate Secondary Number: | 202400011716 |

**Stamp**    **Action** **Detail**                                                    **User**

12/26/2024  07:35 am
    [READ: 12/26/2024 07:42:42] [GRIEVANCE] GRIEVANCE INSTRUCTI     23089
      Please submit your grievance

12/26/2024  07:59 am
    INMATE RESPONSE:
      The nurse office has shown deliberate indifference to my medical dietary I now have hamroids from this hi fiber dietary meal
      and after a fight my wounds wore never treated and my skin is infected

12/30/2024  01:01 pm
    USER ASSIGNED CHANGED                                           9750
      FROM <UNASSIGNED> TO [WWASHINGTON] Washington, Warene

12/30/2024  03:31 pm
    CLOSED:                                                         WWASHINGTON

      You were prescribed a high fiber diet due to your past medical history of IBS.  You requested an additional sack lunch and
      this was denied as the medical team does not control sack lunch meals. If you have a wound or feel as if you have
      hemorrhoids please send a kite to medical so that a nurse can assess you. Thank you

| Request Type: | INMATE SERVICES REQUEST | | Request Subtype: | MAIL REQUEST |
|---|---|---|---|---|
| Assigned Group: | GRIEVANCE - DISCRIMINATION | | Assigned User: | |
| Request Number: | 790368 | Status: CLOSED | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Initial Location: | ███████ | | Current Location: | ███████ |
| Inmate Number: | 542582 | | Inmate Secondary Number: | 202400011716 |

**Stamp**    **Action**   **Detail**                            **User**

12/23/2024  01:18 pm                              15090
        [READ: 12/25/2024 10:14:10] [STAFF COMMUNICATION] Communica

        Mr. Williams,

        I received a large manilla envelope in the pod mail that you have sent out to the U. S Virgin Islands.  Please note that the weight limit on a regular envelope is 14 ounces, and this one is 18 ounces.  A flat rate envelope (for anything over 14 ounces) is $10.75.

        Just so you know why there was a big charge on your account.

        Thank you,


        ACDF Mail Room

12/25/2024  10:15 am
        INMATE RESPONSE:
        I understandthank you

12/25/2024  10:15 am
        INMATE RESPONSE:
        I understandthank you

12/26/2024  07:12 am                              15090
        GROUP ASSIGNED CHANGED
        TO GRIEVANCE - DISCRIMINATION

12/30/2024  10:52 am                              9750
        CLOSED:
        <NO COMMENT GIVEN>

| Request Type: | GRIEVANCE | | Request Subtype: | PROGRAMS |
|---|---|---|---|---|
| Assigned Group: | GRIEVANCE - PROGRAMS | | Assigned User: | 12036 |
| Request Number: | 791674 | Status: CLOSED | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Initial Location: | ███████ | | Current Location: | ██████ |
| Inmate Number: | 542582 | | Inmate Secondary Number: | 202400011716 |

| Stamp | Action Detail | User |
|---|---|---|
| 12/26/2024  08:01 pm | [READ: 12/27/2024 07:00:26] [GRIEVANCE] GRIEVANCE INSTRUCTI<br>Please submit your grievance | 23057 |
| 12/27/2024  07:14 am | INMATE RESPONSE:<br>I am being refused the right to practice my religion officers throwing a away kosher meal application higher up acting like I Will not respond I responded to every thing and my food is being played with shook upto the point you can't tell what it is | |
| 12/30/2024  11:09 am | USER ASSIGNED CHANGED<br>FROM <UNASSIGNED> TO [12036] STAGE, DAMON | 9750 |
| 12/30/2024  01:58 pm | CLOSED:<br>I'm sorry, but I am not clear.  For what action or policy of programs are you wishing to grieve in this kite? | 12036 |

| Request Type: | GRIEVANCE | | Request Subtype: | PROGRAMS |
| Assigned Group: | GRIEVANCE - PROGRAMS | | Assigned User: | 12036 |
| Request Number: | 791314 | Status: CLOSED | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Initial Location: ▇▇▇▇ | | | Current Location: ▇▇▇▇ | |
| Inmate Number: | 542582 | | Inmate Secondary Number: | 202400011716 |

| Stamp | Action Detail | User |
|---|---|---|
| 12/26/2024  07:35 am | | 23089 |
| | [READ: 12/26/2024 07:42:40] [GRIEVANCE] GRIEVANCE INSTRUCTI | |
| | Please submit your grievance | |
| 12/26/2024  07:54 am | | |
| | INMATE RESPONSE: | |
| | at this time I'm filing step one grievance violation of religious freedom the first kosher application was thrown a way before it got to me the second I gave to officer Davis which he must have thrown away and  on 12/19/2024 I sent programs a kite answering the question they may need there are a lot of races officers working for the sheriff's I have been documenting this for my lawsuit I starting actually its filed I'm just exhausting my administrative remedy | |
| 12/30/2024  11:08 am | | 9750 |
| | USER ASSIGNED CHANGED | |
| | FROM <UNASSIGNED> TO [12036] STAGE, DAMON | |
| 12/30/2024  01:56 pm | | 12036 |
| | CLOSED: | |
| | Im sorry, but I am not clear what your grievance is for programs/chaplain.  Can you please be specific? | |

| Request Type: | GRIEVANCE | | Request Subtype: | FOOD SERVICES |
| Assigned Group: | GRIEVANCE - FOOD SERVICES | | Assigned User: | SMCGREGOR |
| Request Number: | 792018 | Status: CLOSED | | |
| Initial Location: | ███████ | | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Inmate Number: | 542582 | | Current Location: | ███████ |
| | | Inmate Secondary Number: | 202400011716 | |

| Stamp | Action Detail | User |
|---|---|---|
| 12/27/2024  07:35 pm | [READ: 12/28/2024 06:15:14] [GRIEVANCE] GRIEVANCE INSTRUCTI Please submit your grievance | 14039 |
| 12/28/2024  06:31 am | INMATE RESPONSE: Its starting to be every day some thing is missing from my diner sack lunch or food is shook up 12/27/2024 all that was in the sack lunch was 4pieces of bread meat | |
| 12/30/2024  10:38 am | USER ASSIGNED CHANGED FROM <UNASSIGNED> TO [SMCGREGOR] MCGREGOR, SIMONE | 9750 |
| 12/30/2024  11:19 am | CLOSED: We will look into this matter and talk with kitchen staff Thanks | JNGUYEN |

| Request Type: | **GRIEVANCE** | Request Subtype: | **Z - GRIEVANCE: MEDICAL** |
| Assigned Group: | **GRIEVANCE - MEDICAL** | Assigned User: | **WWASHINGTON** |
| Request Number: | **791675**  Status: **CLOSED** | Inmate Name: | **WILLIAMS, SIRRLOVE REESE** |
| Initial Location: | ▓▓▓▓ | Current Location: | ▓▓▓▓ |
| Inmate Number: | **542582** | Inmate Secondary Number: | **202400011716** |

| | | User |
| Stamp | Action Detail | |
| | | 23057 |

**12/26/2024  08:02 pm**
    [READ: 12/27/2024 07:00:29] [GRIEVANCE] GRIEVANCE INSTRUCTI
        Please submit your grievance

**12/27/2024  07:07 am**
    INMATE RESPONSE:
        Step 2 medical has shown deliberate indifference to me keeping me on a high fiber dietary meal even though I told them
        how it is hurting me me not treating me after a flight they do not care          9750

**12/30/2024  01:01 pm**
    USER ASSIGNED CHANGED
        FROM <UNASSIGNED> TO [WWASHINGTON] Washington, Warene          WWASHINGTON

**01/03/2025  03:45 pm**
    CLOSED:
        Hello, if you are experiencing stomach discomfort or constipation related to the meals here, please send a medical kite
        detailing this so that a nurse can assess you. Thank you.

| Request Type: | GRIEVANCE | | | |
|---|---|---|---|---|
| Assigned Group: | | | Request Subtype: | STAFF CONDUCT |
| Request Number: | 792020 | Status: APPEAL | Assigned User: | 11007 |
| Initial Location: ████ | | | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Inmate Number: | 542582 | | Current Location: ████ | |
| | | Inmate Secondary Number: | 202400011716 | |

**Stamp**  **Action**  **Detail**  **User**

12/27/2024  07:36 pm
    [READ: 12/28/2024 06:15:09] [GRIEVANCE] GRIEVANCE INSTRUCTI    14039
      Please submit your grievance

12/28/2024  06:21 am
    INMATE RESPONSE:
      On 12/27/2024 at7:22pmi let Sgt Westbrook know food was miss from  my diner she gigled and said I don't think officers would do that and walk out the pod giving me the middle finger behind her head

12/30/2024  12:46 pm
    USER ASSIGNED CHANGED    9750
      FROM <UNASSIGNED> TO [8727] WESTBERG, ELIZABETH

12/31/2024  06:05 pm
    CLOSED:    8727
      We were missing meat in some meals that evening.  Ive asked the deputies to make sure you check you meal at the door so any missing items can be resupplied.

12/31/2024  06:05 pm
    FLAG CHANGED    8727
      FLAGGED AS UNFOUNDED

01/04/2025  10:45 am
    INMATE APPEAL:
      This officer really slammed my hand in the tray slot and acted as if he didn'tssualt me

01/06/2025  08:02 am
    USER ASSIGNED CHANGED    9750
      FROM 9750 TO [11007] DAVIS, MATTHEW

01/12/2025  08:13 pm
    USER ASSIGNED CHANGED    11007
      FROM 11007 TO [06017] LONGFELLOW, JACOB

01/28/2025  11:04 am
    CLOSED:    06017
      What Pod were you assigned to during this incident?

02/04/2025  07:28 pm
    INMATE APPEAL:
      Officers Lacey and officer Better then can back in and gave out extra dinner sack lunches after given me a sack lunch with items missing this is a form of torture then Sgt Westbrook puts her hand behind her head like she's scratching her head and gives me the middle finger as she crosses the red line existing the pod

02/05/2025  09:28 am
    USER ASSIGNED CHANGED    12039
      FROM 9750 TO [11007] DAVIS, MATTHEW

| Request Type: | GRIEVANCE | | Request Subtype: | PROGRAMS |
|---|---|---|---|---|
| | | | Assigned User: | 10030 |
| Assigned Group: | | | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Request Number: | 792019 | Status: CLOSED | | |
| Initial Location: | ▮▮▮▮ | | Current Location: | ▮▮▮▮ |
| Inmate Number: | 542582 | | Inmate Secondary Number: | 202400011716 |

**Stamp**   **Action Detail**   **User**

14039

12/27/2024  07:36 pm
   [READ: 12/28/2024 06:15:12] [GRIEVANCE] GRIEVANCE INSTRUCTI
      Please submit your grievance

12/28/2024  06:27 am
   INMATE RESPONSE:
      I'm still being denied the rich to practice my religious freedom kosher dietary meals this is my step 3  grievance officer Davis
      threw away the last kosher application or their just being racial again

9750

12/30/2024  11:10 am
   USER ASSIGNED CHANGED
      FROM <UNASSIGNED> TO [12036] STAGE, DAMON

12036

12/30/2024  01:59 pm
   CLOSED:
      I'm sorry, but I am not able to find any record of your right to free exercise of religion being denied by programs/chaplain.
      Can you please be more specific?  Perhaps you intended to grieve staff ethics?

01/24/2025  09:04 am
   INMATE APPEAL:
      Officer Davis who was throwing away kosher meal application is now playing with my food taken the kosher tag off the tray
      saying my food didn't come and threatening not to feed me check his body can 01/22/2025  7:22am I didn't coursehim but
      he told me you want F***en eat

9750

01/27/2025  08:06 am
   USER ASSIGNED CHANGED
      FROM 9750 TO [10030] CONLEY, SEAN

10030

01/29/2025  05:54 am
   CLOSED:
      It is common practive for staff to remove the cellophane wrapper and name ticket from a meal prior to serving it.

| Request Type: | **GRIEVANCE** | | Request Subtype: | **FOOD SERVICES** |
|---|---|---|---|---|

Assigned Group:          Assigned User:  03092

| Request Number: | 792096 | Status: APPEAL | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
|---|---|---|---|---|

Initial Location: ██████          Current Location: ██████

Inmate Number:  542582          Inmate Secondary Number:  202400011716

| Stamp | Action Detail | User |
|---|---|---|

12/28/2024  07:22 am
    [READ: 12/28/2024 07:26:50] [GRIEVANCE] GRIEVANCE INSTRUCTI       23089
    Please submit your grievance

12/28/2024  07:33 am
    INMATE RESPONSE:
    Step 3 grievance 12/27/2024 All that was in my sack lunch was 4 pieces of bread and 1 piece of meat 12/27/2024 7:00 am I had to wait 40 minutes for my breakfast tray so now kitchen officer are engaging in lawsuit retaliation

12/30/2024  10:38 am
    USER ASSIGNED CHANGED       9750
    FROM <UNASSIGNED> TO [SMCGREGOR] MCGREGOR, SIMONE

12/30/2024  11:03 am
    CLOSED:       JNGUYEN
    Will speak with Kitchen staff about issue, this has not happen before and will not happen again

02/04/2025  07:16 pm
    INMATE APPEAL:
    playing with a person food A**aulting them verbal abuse this is a form of torture the covering it up Rico activities that is what going on here and from the way kitchen answer the grievance I wrote I see they wore trying to cover this up Rico activities

02/05/2025  09:22 am       12039
    USER ASSIGNED CHANGED
    FROM 9750 TO [03092] SPAIN, STEFANIE

| Request Type: | GRIEVANCE | | Request Subtype: | Z - GRIEVANCE: MEDICAL |
|---|---|---|---|---|
| Assigned Group: | | | Assigned User: | 15048 |
| Request Number: | 792085 | Status: APPEAL | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Initial Location: | ▓▓▓▓▓ | | Current Location: | ▓▓▓▓▓ |
| Inmate Number: | 542582 | | Inmate Secondary Number: | 202400011716 |

| Stamp | Action Detail | User |
|---|---|---|
| 12/28/2024 06:35 am | [READ: 12/28/2024 06:36:36] [GRIEVANCE] GRIEVANCE INSTRUCTI Please submit your grievance | 23089 |
| 12/28/2024 06:45 am | INMATE RESPONSE: This is my step 3 I'm still on high fiber diet which caused hamroids and stomach pain also I still have not seen nurse after fight was stage by officers fingers and skin look's or is infected and the guy blood got on me I need H.I.V. testing  this is my step 3 grievance | |
| 12/30/2024 01:01 pm | USER ASSIGNED CHANGED FROM <UNASSIGNED> TO [WWASHINGTON] Washington, Warene | 9750 WWASHINGTON |
| 01/06/2025 03:23 pm | CLOSED: | |
| | Hello, on Friday 1/3/25 an in person encounter was completed. Your Vital signs were taken and was WNL. You stated that you have had hemorrhoids in the past and that you believed the bleeding was related to this. You confirmed that you are no longer bleeding rectally. When asked about infected skin around your rectum. You stated that the skin is no longer infected. You declined for this RN to visualize the affected area. NP Okeson has re-ordered hemorrhoid cream for you. You stated that you would like to be taken off the high fiber diet because you feel that it caused difficulty with passing stools. Dr. Santini will follow up with you regarding your diet on your upcoming visit. You requested to be tested for HIV. You are scheduled see the infectious disease nurse for this testing. Lastly, I assessed your finger. You had a scar to left pointer finger that was unremarkable and needed no additional treatment. You were agreeable to this. Thank you. | |
| 02/04/2025 07:19 pm | INMATE APPEAL: i feel medical showed deliberate indifference to my medical needs only when they learned I was taking legal action they wanted to see me | |
| 02/05/2025 09:36 am | USER ASSIGNED CHANGED FROM 9750 TO [15048] ANDERSON, CARL | 12039 |

| Request Type: | GRIEVANCE | | Request Subtype: | PROGRAMS |
|---|---|---|---|---|
| Assigned Group: | | | Assigned User: | 03092 |
| Request Number: | 792755 | Status: CLOSED | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Initial Location: | ███████ | | Current Location: | ███████ |
| Inmate Number: | 542582 | | Inmate Secondary Number: | 202400011716 |

| Stamp | Action Detail | User |
|---|---|---|

**12/29/2024  05:50 pm**

[READ: 12/29/2024 18:00:09] [GRIEVANCE] GRIEVANCE INSTRUCTI          23057
Please submit your grievance

**12/29/2024  06:14 pm**

INMATE RESPONSE:

This is my step3 grievance regarding kosher dietary mealon Dec,11,2024 during after noon Medline I gave my kosher dietary application to officer Davis it never mad it to programs I cont help that officers are racists and the wanna stop my religious freedom and the Lt in program s wants to cover for him and the Chaplin wants to cover for him too saying things like I failed to answer follow up questions no that's not the case you people are some racists and they threw away the first application be

**12/30/2024  11:12 am**

USER ASSIGNED CHANGED          9750
FROM <UNASSIGNED> TO [12036] STAGE, DAMON

**12/30/2024  02:01 pm**

CLOSED:          12036

Programs has received, reviewed, and asked follow-up questions to you in regards to your questionnaire.

**01/04/2025  10:40 am**

INMATE APPEAL:

I am being ignored discriminate d against another form of lawsuit retaliation

**01/06/2025  08:00 am**

USER ASSIGNED CHANGED          9750
FROM 9750 TO [03092] SPAIN, STEFANIE

**01/06/2025  12:41 pm**

CLOSED:          03092

As was stated previously, Programs has received your request and has asked you follow up questions. Please answer those questions in order to have your request processed. Thanks. Lt. Spain-Madrigal 03092

**01/06/2025  12:41 pm**

FLAG CHANGED          03092
FLAGGED AS UNFOUNDED

| Request Type: | GRIEVANCE | | Request Subtype: | RECORDS |
|---|---|---|---|---|

Assigned Group:                                              Assigned User:    11007

| Request Number: | 792365 | Status: CLOSED | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
|---|---|---|---|---|

Initial Location: ▮▮▮▮                                     Current Location: ▮▮▮▮

Inmate Number:    542582                       Inmate Secondary Number:    202400011716

**User**

**Stamp** **Action** **Detail**

14039

12/28/2024  07:01 pm
   [READ: 12/29/2024 16:32:09] [GRIEVANCE] GRIEVANCE INSTRUCTI
      Please submit your grievance

12/29/2024  04:34 pm
   INMATE RESPONSE:
      I keep asking for an inmate account statement and I'm being ignored its for the court
                                                                                        9750

12/30/2024  11:13 am
   USER ASSIGNED CHANGED
      FROM <UNASSIGNED> TO [14099] CARMAN, BETH

12/31/2024  06:21 am
   INMATE RESPONSE:
      I keep asking for an inmate account statement I keep getting ignored this is for the court!!
                                                                                        14099

12/31/2024  01:59 pm
   CLOSED:
      Records has never received a request for an account statement from you

01/04/2025  10:41 am
   INMATE APPEAL:
      I need an account statement for the court I keep being ignored discriminate against a chain of lawsuit retaliation
                                                                                        9750

01/06/2025  07:59 am
   USER ASSIGNED CHANGED
      FROM 9750 TO [11007] DAVIS, MATTHEW
                                                                                        11007

01/12/2025  08:12 pm
   CLOSED:
      I/M Williams contact the records department and they can provide you a copy of the information you are needing for court.

| Request Type: | GRIEVANCE | | Request Subtype: | ACCESS TO RECORDS |
|---|---|---|---|---|

Assigned Group:

Assigned User: 14099

| Request Number: | 793860 | Status: APPEAL | | |

Inmate Name: WILLIAMS, SIRRLOVE REESE

Initial Location: ▆▆▆▆▆

Current Location: ▆▆▆▆▆

Inmate Number: 542582

Inmate Secondary Number: 202400011716

| Stamp | Action | Detail | User |
|---|---|---|---|

**01/01/2025  09:00 am**
[READ: 01/01/2025 12:21:03] [GRIEVANCE] GRIEVANCE INSTRUCTI    23089
Please submit your grievance

**01/01/2025  03:04 pm**
INMATE RESPONSE:
Officer in records will not send me a statement of inmate account

**01/02/2025  08:29 am**
USER ASSIGNED CHANGED    9750
FROM <UNASSIGNED> TO [14099] CARMAN, BETH

**01/02/2025  11:41 am**
CLOSED:    14099
On 12/17/24 we responded to your KITE 785690 requesting a copy of your inmate account statement with the fees and for you to approve fees. We received no response for approval.. On 12/27/24 we responded to your KITE 788278 regardign fees and for you to approve fees. We received no response for approval.. On 12/27/24 we responded to your KITE 791350 regardign fees and for you to approve fees. We received no response for approval..

**01/02/2025  11:41 am**
CLOSED:    14099

**01/04/2025  10:36 am**
INMATE APPEAL:
I keep asking for an account statement for the court I keep being ignored

**01/06/2025  07:39 am**
USER ASSIGNED CHANGED    9750
FROM 9750 TO [14099] CARMAN, BETH

**01/07/2025  08:45 am**
CLOSED:    14099
Please approve fees for copies of records

**02/04/2025  06:57 pm**
INMATE APPEAL:
Records delayed in sending  out legal mail I needed this account statement for the court and now I needed a copies of every grievance I wrote since being here I'm still being stalled out this show s corruption Rico activities officers working together to slow an inmates legal process

**02/05/2025  09:20 am**
USER ASSIGNED CHANGED    12039
FROM 9750 TO [14099] CARMAN, BETH

| Request Type: | INMATE SERVICES REQUEST | Request Subtype: | COURT SERVICES |
|---|---|---|---|
| Assigned Group: | GRIEVANCE | Assigned User: | 8727 |
| Request Number: | 793702 | Status: CLOSED | Inmate Name: | SIRRLOVE WILLIAMS |
| Initial Location: ▓▓▓▓ | | Current Location: ▓▓▓▓▓▓ | |
| Inmate Number: | 542582 | Inmate Secondary Number: | |

| Stamp | Action Detail | User |
|---|---|---|
| 12/31/2024  07:44 pm | ORIGINAL REQUEST: | |
| | I need a change of venue officer again for dinner removed items from my sack lunch and are refusing me a grievane | 24017 |
| 01/05/2025  04:28 pm | GROUP ASSIGNED CHANGED | |
| | TO GRIEVANCE | 9750 |
| 01/06/2025  09:18 am | USER ASSIGNED CHANGED | |
| | FROM <UNASSIGNED> TO [8727] WESTBERG, ELIZABETH | 8727 |
| 01/12/2025  08:32 pm | CLOSED: | |
| | They opened your grievance. | 8727 |
| 01/12/2025  08:32 pm | FLAG CHANGED | |
| | FLAGGED AS UNFOUNDED | |

| Request Type: | GRIEVANCE | | Request Subtype: | Z - GRIEVANCE: MEDICAL |
| Assigned Group: | | | Assigned User: | 10015 |
| Request Number: | 793862 | Status: CLOSED | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Initial Location: | ▮▮▮▮▮ | | Current Location: | ▮▮▮▮▮ |
| Inmate Number: | 542582 | | Inmate Secondary Number: | 202400011716 |

| Stamp | Action Detail | User |
|---|---|---|

**01/01/2025  09:01 am**
[READ: 01/01/2025 12:21:08] [GRIEVANCE] GRIEVANCE INSTRUCTI    23089
Please submit your grievance

**01/01/2025  02:59 pm**
INMATE RESPONSE:
12/31/2024 I cought officer removing items from sack lunch I tried to open sack lunch in front of him he slammed my finger in trays lot the Lady in the tower would not give me a grievance nurse would not come check my finger

**01/02/2025  10:02 am**
USER ASSIGNED CHANGED    9750
FROM <UNASSIGNED> TO [WWASHINGTON] Washington, Warene

**01/02/2025  03:12 pm**
INMATE RESPONSE:
I have not been getting the the full nutrient of a meal if officer take food out of sack lunch every few days

**01/15/2025  01:10 pm**
USER ASSIGNED CHANGED    WWASHINGTON
FROM WWASHINGTON TO [9750] WISCAMB, DARBY

**01/16/2025  08:22 am**
USER ASSIGNED CHANGED    9750
FROM 9750 TO [16005] NOLAN, RILEY

**01/20/2025  10:27 pm**
CLOSED:    16005
I spoke to you in person about this issue, you pointed this issue out and I passed your original grievance on to Sgt. Green who was the deputies supervisor that you alleged did this. I will close this grievance out since it appears to be a duplicate of one I already spoke to you about - Sgt. Nolan*16005

**01/26/2025  10:37 am**
INMATE APPEAL:
Nothing is being done about this mccanin A**aulting me

**01/27/2025  08:04 am**
USER ASSIGNED CHANGED    9750
FROM 9750 TO [15082] GREEN, SHANNON

**01/29/2025  10:12 am**
USER ASSIGNED CHANGED    15082
FROM 15082 TO [16005] NOLAN, RILEY

**01/29/2025  11:58 pm**
CLOSED:    16005
The staff member who you mentioned has had their supervisor notified. I will be closing out this grievance at this time.

**02/04/2025  07:09 pm**
INMATE APPEAL:
You will see on his body cam him yell we already checked it but you won't see on his body cam him and other officer checking sack Lunch's this shows intent and now officer covering it up Rico activities and now officer are blocking me from sending out legal mail holding legal envelopes sent by mailroom so that I can't correspond with the court Rico activities,

**02/05/2025  09:37 am**
USER ASSIGNED CHANGED    12039
FROM 9750 TO [10015] DANITZ, MEAGAN

**02/05/2025  09:44 am**
CLOSED:    10015
Noted. Closed due to the response on the other grievance.

| Request Type: | GRIEVANCE | | Request Subtype: | STAFF CONDUCT |
| Assigned Group: | | | Assigned User: | 10015 |
| Request Number: | 793861 | Status: CLOSED | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Initial Location: | ▮▮▮▮▮ | | Current Location: | ▮▮▮▮▮ |
| Inmate Number: | 542582 | | Inmate Secondary Number: | 202400011716 |

| Stamp | Action Detail | User |
|---|---|---|
| | | 23089 |
| 01/01/2025  09:00 am | [READ: 01/01/2025 12:21:06] [GRIEVANCE] GRIEVANCE INSTRUCTI | |
| | Please submit your grievance | |
| 01/01/2025  03:02 pm | INMATE RESPONSE: | |
| | 12 /31/2024 I cought officer removing items from sack lunch I tried to open sack lunch in front of him he slammed my finger in trays lot the Lady in the tower would not give me a grievance nurse would not come check my finger when officer slammed my finger he yelled we already check it | |
| 01/02/2025  09:59 am | | 9750 |
| | USER ASSIGNED CHANGED | |
| | FROM <UNASSIGNED> TO [16005] NOLAN, RILEY | |
| 01/04/2025  10:34 am | INMATE RESPONSE: | |
| | It's all most like officer makinen plane to do this this was him filling in his part in a chain of lawsuit retaliation then he gave the guy next to me an extra sack lunch to rube it in and another guythen when the nurse came he his listening to see if I told her | |
| 01/08/2025  02:27 pm | | 16005 |
| | USER ASSIGNED CHANGED | |
| | FROM 16005 TO [15082] GREEN, SHANNON | |
| 01/10/2025  11:07 am | | 15082 |
| | CLOSED: | |
| | Sgt. Nolan spoke with you reference this concern. I will follow up with Deputy McKinnon. | |
| 01/10/2025  11:07 am | | 15082 |
| | FLAG CHANGED | |
| | FLAGGED AS UNFOUNDED | |
| 02/04/2025  07:05 pm | INMATE APPEAL: | |
| | Yes this officer A**ault on me was intentional before I could remove my hand he yelled we already checked it he slammed my hand in the tray slot  and items wore missing which shows intent you will see on his bodycam he yelled this but you won't see on his body cam him and other officer checking sack Lunch's, officers working together to cover this up Rico activities | |
| 02/05/2025  09:30 am | | 12039 |
| | USER ASSIGNED CHANGED | |
| | FROM 9750 TO [10015] DANITZ, MEAGAN | |
| 02/05/2025  09:44 am | | 10015 |
| | CLOSED: | |
| | This has been investigated and handled by Sgt. Nolan. Closed to false allegations. | |
| 02/05/2025  09:44 am | | 10015 |
| | FLAG CHANGED | |
| | FLAGGED AS UNFOUNDED | |

| Request Type: | GRIEVANCE | | Request Subtype: | STAFF CONDUCT |
|---|---|---|---|---|
| Assigned Group: | | | Assigned User: | 10015 |
| Request Number: | 793870 | Status: CLOSED | | |
| Initial Location: ███████ | | | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| | | | Current Location: ████████ | |
| Inmate Number: | 542582 | | Inmate Secondary Number: | 202400011716 |

| Stamp | | |
|---|---|---|
| **Action** | **Detail** | **User** |

**01/01/2025  09:31 am**
[READ: 01/01/2025 12:20:59] [GRIEVANCE] GRIEVANCE INSTRUCTI          09099
Please submit your grievance

**01/01/2025  02:56 pm**
INMATE RESPONSE:
12/31/2024Cought officer removing items from sack lunch  I tryd to open sack lunch in front of him he slammed my finger in trays lot the Lady in the tower would not give me a grievance

**01/02/2025  09:59 am**
USER ASSIGNED CHANGED          9750
FROM <UNASSIGNED> TO [16005] NOLAN, RILEY

**01/02/2025  02:40 pm**
INMATE RESPONSE:
Yes officer slammed finger in slot have not seen nurse

**01/08/2025  02:27 pm**
USER ASSIGNED CHANGED          16005
FROM 16005 TO [15082] GREEN, SHANNON

**01/10/2025  11:07 am**
CLOSED:          15082
Sgt. Nolan spoke with you reference this concern. I will follow up with Deputy McKinnon.

**01/10/2025  11:07 am**
FLAG CHANGED          15082
FLAGGED AS UNFOUNDED

**01/26/2025  09:55 am**
INMATE APPEAL:
yes someone spoke to me but nothing was done about this officer slamming my finger in the tray slot which he did intentionally because items wore removed from my dinner sack lunch so you're saying officers are allowed to hurt me and take food from me? Because when you review his body can you'll see he didn't even give me a chance to remove my hand from the tray slot he yell's we already check it and slammed the tray slot  fast while speeding off  this was intentional and officers are covering up

**01/27/2025  08:05 am**
USER ASSIGNED CHANGED          9750
FROM 9750 TO [15082] GREEN, SHANNON

**01/27/2025  02:38 pm**
INMATE RESPONSE:
I was just wondering how you're going to proceed with this A**ault clearly that's what it was then the female deputy wouldn't give me a grievance so that's like I am being tortured playing with food A**aulting me  not letting me grievance the matter sweeping it under the ruge like I am in a consontration campaign of harA**ment

**01/29/2025  10:04 am**
RESPONSE:          15082
Sir, we do not discuss diciplinary actions taken against deputies. I will forward this complaint to Deputy McKinnons direct supervisor to confirm this incident was reviewed.

**01/29/2025  10:04 am**
USER ASSIGNED CHANGED          15082
FROM 15082 TO [07058] ORTON, STEPHEN

**02/02/2025  06:51 am**
CLOSED:          07058
The incident as described does not meet the elements for assault. Sgt. Nolan will deal with his staff as appropriate. I will deal with Deputy McKinnon as appropriate. We do not tell inmates the outcome of any staff displinaries. We do not sweep grievances under the rug. We take grievances seriously and make sure they are fully investigated. Sgt. Orton 07058

| Request Type: | GRIEVANCE | | Request Subtype: | Z - GRIEVANCE: MEDICAL |
|---|---|---|---|---|
| Assigned Group: | | | Assigned User: | 10015 |
| Request Number: | 793862 | Status: CLOSED | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Initial Location: | ▇▇▇▇ | | Current Location: | ▇▇▇▇ |
| Inmate Number: | 542582 | | Inmate Secondary Number: | 202400011716 |

| Stamp | Action Detail | User |
|---|---|---|
| 02/05/2025  09:44 am | | 10015 |
| | FLAG CHANGED | |
| | FLAGGED AS UNFOUNDED | |

| Request Type: | GRIEVANCE | | Request Subtype: | CLASSIFICATIONS |
|---|---|---|---|---|
| Assigned Group: | | | Assigned User: | 12054 |
| Request Number: | 798068 | Status: APPEAL | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Initial Location: | ██████ | | Current Location: | ██████ |
| Inmate Number: | 542582 | Inmate Secondary Number: | | 202400011716 |

**Stamp**  **Action** Detail

**User**

01/10/2025  09:59 am

[READ: 01/10/2025 10:15:44] [GRIEVANCE] GRIEVANCE INSTRUCTI

23111

Please submit your grievance

01/10/2025  10:30 am

INMATE RESPONSE:

I don't like my clA** review 11/08/2024 Officer rushed psyc nurse to see me so he could fight me on the way from intake making statements like talked all that S*** and didn't do S*** so I put S*** on window 11/18/2024 officers inter pod and threatened me starring at the side of my face while I tried to watch TV one with hand on tazer 01/02/2025officer slammed my hand in tray slot officer in tower refused me a grievance so I threw S*** on the tier review camera and bodycams the action illegal

01/10/2025  10:30 am

INMATE RESPONSE:

I don't like my clA** review 11/08/2024 Officer rushed psyc nurse to see me so he could fight me on the way from intake making statements like talked all that S*** and didn't do S*** so I put S*** on window 11/18/2024 officers inter pod and threatened me starring at the side of my face while I tried to watch TV one with hand on tazer 01/02/2025officer slammed my hand in tray slot officer in tower refused me a grievance so I threw S*** on the tier review camera and bodycams the action illegal

01/13/2025  08:20 am

USER ASSIGNED CHANGED

9750

FROM <UNASSIGNED> TO [09099] WILLIAMS-WYNNE, TARA

01/13/2025  10:12 am

INMATE RESPONSE:

body cams and cameras will Verify these facts

01/13/2025  01:25 pm

CLOSED:

09099

I do not understand your kite request. What Classifications review are you referring to? The dates/ dialogue supplied refer to staff misconduct which is not an issue for Classifications. If you are reporting staff misconduct, Classifications cannot assist. You would request a staff misconduct grievance then report the misconduct which would be forwarded to line level supervisors, not Classifications.

01/13/2025  01:25 pm

FLAG CHANGED

09099

FLAGGED AS UNFOUNDED

01/14/2025  09:06 am

INMATE APPEAL:

I'm referring to the one that said I threw S*** on the tier but doesn't stat e event that lead up up to me threw fico like officer taking food out of my sack lunch slamming my finger in tray slot then denying me a grievance

01/15/2025  07:11 am

USER ASSIGNED CHANGED

9750

FROM 9750 TO [11048] BAKER, TERESA

01/15/2025  02:25 pm

CLOSED:

11048

Mr Williams, please clarify what your grievance is regarding, also, give me Deputy names.

01/15/2025  02:25 pm

FLAG CHANGED

11048

FLAGGED AS UNFOUNDED

01/22/2025  03:56 pm

INMATE APPEAL:

I don't know the officers name but when I got booked in on 11/08/2024 he rushed the nurse to see me and so he could fight me on the way to housing. Officer john Doe was mixed or Spanish all I m saying is threatening me while acting under color of law was illegal and there's a pattern

| Request Type: | GRIEVANCE | | Request Subtype: | STAFF CONDUCT |
|---|---|---|---|---|
| Assigned Group: | | | Assigned User: | 10015 |
| Request Number: | 793870 | Status: CLOSED | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Initial Location: | ███████ | | Current Location: | ███████ |
| Inmate Number: | 542582 | | Inmate Secondary Number: | 202400011716 |

| Stamp | Action  Detail | User |
|---|---|---|
| 02/02/2025  06:51 am | | 07058 |
| | FLAG CHANGED | |
| | FLAGGED AS UNFOUNDED | |
| 02/03/2025  10:09 am | | |
| | INMATE APPEAL: | |
| | I don't care what you do now or how people respond to grievances dancing around issues I'm a man in a cell officer initiated conflict with me I  would have rethrered not take legal action but officers leave me no choice but to exposé corruption I now have filed a lawsuit campaign of harA**ment | |
| 02/04/2025  05:07 am | | 9750 |
| | USER ASSIGNED CHANGED | |
| | FROM 9750 TO [10015] DANITZ, MEAGAN | |
| 02/04/2025  09:18 am | | 10015 |
| | CLOSED: | |
| | Mr. Williams, this incident was handled by Sgt. Nolan. | |
| 02/04/2025  09:18 am | | 10015 |
| | FLAG CHANGED | |
| | FLAGGED AS UNFOUNDED | |

| Request Type: | GRIEVANCE | | Request Subtype: | STAFF CONDUCT |
|---|---|---|---|---|
| Assigned Group: | | | Assigned User: | 12054 |
| Request Number: | 803206 | Status: APPEAL | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Initial Location: | ███████ | | Current Location: | ███████ |
| Inmate Number: | 542582 | | Inmate Secondary Number: | 202400011716 |

**Stamp**  **Action**  **Detail**                                                                    **User**

01/22/2025  07:25 am
    [READ: 01/22/2025 07:29:16] [GRIEVANCE] GRIEVANCE INSTRUCTI            24130
    Please submit your grievance
01/22/2025  07:32 am
    INMATE RESPONSE:
    At 7:22am Davis refused to give me my Kosher meal he yells maybe I will maybe I F***en won't I didn't curse him he is the officer who kept throwing away my Kosher meal application
01/22/2025  09:27 am
    USER ASSIGNED CHANGED                                                    9750
    FROM <UNASSIGNED> TO [12019] YANTISS, JUSTIN
01/22/2025  10:49 am
    CLOSED:                                                                   12019
    This is a kitchen mistake and not Deputy Davis. He handed your kosher to you this morning. You also gave him attitude which will never help. Talk to people with respect and you will get respect back.
01/22/2025  02:54 pm
    INMATE APPEAL:
    Davis came to my cell and carse me saying he would call kitchen if he F***en wanted to and I wouldn't have anything
01/23/2025  06:54 am
    USER ASSIGNED CHANGED                                                    9750
    FROM 9750 TO [12054] BRYAN, EDRED
01/23/2025  04:12 pm
    INMATE RESPONSE:
    No Davis was up set because my legal mail came and had his name on it that's mail tampering and lawsuit retaliation and he violated the law when he said I'll feed you if I F***en want That threatened my life and human right don't put me in a state of mind where I feel unsafe you're talking about me living or dying and you cops have already played with my food and made me sick don't put me in a situation
01/30/2025  07:39 am
    CLOSED:                                                                   12054
    What is your complaint?
01/31/2025  11:38 am
    INMATE APPEAL:
    It is not my fault these officers pA**ed what ever screening you have here but I need my food on time not tampered with and my mail on time not tampered with and I would like officer Davis not to stare at me threatening I'm not mad dog in officers same respect please
02/03/2025  08:15 am
    USER ASSIGNED CHANGED                                                    9750
    FROM 9750 TO [12054] BRYAN, EDRED
02/03/2025  09:54 am
    INMATE RESPONSE:
    There is corrupt activity that supervisor ignoring what else can isay I initiated a lawsuit campaign of harA**ment is against the law it is not officers job to punish me

| Request Type: | GRIEVANCE | | Request Subtype: | CLASSIFICATIONS |
|---|---|---|---|---|
| Assigned Group: | | | Assigned User: | 12054 |
| Request Number: | 798068 | Status: APPEAL | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Initial Location: | ▆▆▆▆ | | Current Location: | ▆▆▆▆ |
| Inmate Number: | 542582 | | Inmate Secondary Number: | 202400011716 |

| Stamp | Action | Detail | User |
|---|---|---|---|

**01/27/2025  08:08 am**                                                 **9750**
   USER ASSIGNED CHANGED
     FROM 9750 TO [10030] CONLEY, SEAN

**01/27/2025  02:29 pm**
   INMATE RESPONSE:
     I was wondering what's the status of officer Mcjannin Slamming my finger in the tray slot after he took the cookies out of my dinner sack lunch? What going on with that A**ault.

**01/29/2025  05:51 am**                                                 **10030**
   CLOSED:
     Mr Williams, your I have already addressed your claims of staff slamming your hand in a food port and found it to be unfounded. I have also addressed your concerns about your Kosher tray and how staff may verify your Kosher status prior to giving you a tray. I am closing this out as unfounded since these concerns have already been addressed.

**02/03/2025  10:01 am**
   INMATE APPEAL:
     when officer's ingage in campaign of harA**ment they want to internationally inflict emotional distress that is torture tactics I've initiated a lawsuit  at this time now an officer or two has thrown away legal envelopes sent by the mail room blocking my legal access for three weeks now   campaign of harA**ment lawsuit retaliation is against the law

**02/04/2025  05:04 am**                                                 **9750**
   USER ASSIGNED CHANGED
     FROM 9750 TO [12054] BRYAN, EDRED

**02/04/2025  06:49 pm**
   INMATE RESPONSE:
     yes this officer Mckannin slammed my hand in the tray slot when I was about to discover items missing from my dinner sack lunch and yelled we already checked it he didn't even give me a chance to remove my hand and now its being covered up officers are trying to block me from sending out legal mail holding legal envelopes sent by mailroom so that I can't correspond with the court about this officer A**ault on me

| Request Type: | GRIEVANCE | | Request Subtype: | MAIL/CORRISPONDENCE |
|---|---|---|---|---|
| Assigned Group: | | | Assigned User: | 02020 |
| Request Number: | 803411 | Status: CLOSED | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Initial Location: | ███████ | | Current Location: | ███████ |
| Inmate Number: | 542582 | | Inmate Secondary Number: | 202400011716 |

| Stamp | Action Detail | User |
|---|---|---|

**01/22/2025  02:24 pm**
[READ: 01/22/2025 14:31:23] [GRIEVANCE] GRIEVANCE INSTRUCTI    23057
Please submit your grievance

**01/22/2025  02:37 pm**
INMATE RESPONSE:
On 01-15-2025 the united States District Court sent me legal mail on 01-22-2025 I'm just now receiving my legal mail I have a time frame to respond to the court this is mail tampering and violation of Due process also I have been asking for legal envelopes

**01/24/2025  06:37 am**    9750
USER ASSIGNED CHANGED
FROM <UNASSIGNED> TO [09027] WOOD, TERRI

**01/24/2025  08:54 am**
INMATE RESPONSE:
campaign of harA**ment lawsuit retaliation torture by definition nothing is being done no action taken for the violation of my human rights When you tamper with mail that violates my due process you take away my right to complain  in the court of law it does not take nine days for mail to get to me from down town Denver Colorado that's called mail tampering 01/22/2025 4:00 am I received legal mail that Davis read for breakfast he threatened to not feed me I have a lawsuit on Davis# 1:25-cv-00139

**01/26/2025  08:24 am**    09027
RESPONSE:
Mr. Williams,  The dates listed above are appropriate time frames for items to arrive at the Facility.  January 20 was a Federal Holiday for MLK and the post office was closed. That would be 5 business days, January 15, 16, 17, 21, and 22. The legal mail logged that was placed in the pod boxes is: 1/16 2 Stand envelope - Office of Clerk of the US Dist Crt, 1/21 8 standard envelopes - Office of Clerk of the US Dist Crt, 1/22 2 standard envelopes - Dist Crt of VA, 1/24 1 manila envelope - Office of the Clerk of US Dist Crt.  No mail has been delayed or withheld.  All mail  delivered to the post office box is processed when received.  We do not hold mail.  You may contact the post office if you feel they are not delivering your mail quick enough. This grievance is unfounded and is now closed. ISS Supervisor Wood 09027

**01/26/2025  08:25 am**    09027
CLOSED:
answered.

**01/26/2025  08:25 am**    09027
FLAG CHANGED
FLAGGED AS UNFOUNDED

**01/26/2025  09:21 am**
INMATE APPEAL:
no the mail room is effecting the out come out my legal matters by holding mail going in and out the facility you are affecting my do process there's no reason to hold out going mail and I asked for legal envelopes two weeks a go you are affecting my legal matters and are doing so intentionally

**01/27/2025  07:50 am**    9750
USER ASSIGNED CHANGED
FROM 9750 TO [02020] WHISKER, BRANDON

**01/27/2025  02:23 pm**
INMATE RESPONSE:
I Showed the ducument  to my Attorney pepper he agreed this mail was 5 days late officers wore reading it and gluing it back together that is mail tampering and violation of confidentiality that's why on 01/22/2025 Officer Davis was so upset he read my legal mail look at his body can he was pissed when he saw he had a case #No.in the federal court, They said Arapoe was the #1 corrupt county jail in the US I see why

**01/27/2025  02:39 pm**    02020
CLOSED:

| | | | |
|---|---|---|---|
| Request Type: | GRIEVANCE | Request Subtype: | FOOD SERVICES |
| Assigned Group: | | Assigned User: | 12054 |
| Request Number: | 803241 | Status: APPEAL | Inmate Name: WILLIAMS, SIRRLOVE REESE |
| Initial Location: | ███████ | Current Location: | ███████ |
| Inmate Number: | 542582 | Inmate Secondary Number: | 202400011716 |

**Stamp    Action Detail**                                                                 **User**

01/22/2025  08:29 am                                                                          24130
    [READ: 01/22/2025 08:33:23] [GRIEVANCE] GRIEVANCE INSTRUCTI
      Please submit your grievance

01/22/2025  08:47 am
    INMATE RESPONSE:
      On 01/22/2025 at 07:22 am   officer Davis  clames the kitchen didn't send my kosher meal I said well I am gonna need a
      kosher meal he said if he has time to call the kitchen I well you need to do something he yells maybe I will maybe I F***en
      won't I felt threatened Davies is the one who kept throwing away my kosher meal application so I don't know if he is working
      with some  one in the kitchen to complete a link in a change of lawsuit retaliation

01/22/2025  09:03 am                                                                          9750
    USER ASSIGNED CHANGED
      FROM <UNASSIGNED> TO [12019] YANTISS, JUSTIN

01/22/2025  10:46 am                                                                          12019
    CLOSED:
      Spoke with Deputy Davis who did not throw your kosher meal away.  In fact, he called the kitchen and had one sent down
      which he handed you.

01/22/2025  02:51 pm
    INMATE APPEAL:
      That means the kitchen is making me wait for  my food with holding food has been ruled illegal by the federal Court food
      should not be withheld for no time also Davis told me he call for my F***en food if he chooses to I did not curse back so is
      the kitchen involved in lawsuit retaliation too? Davis threw away my kosher application twice  Williams PS v.Davis
      case#1:25-cv-00139 RTG WHO is making kosher meals so I can list them onlawsuit

01/23/2025  06:59 am                                                                          9750
    USER ASSIGNED CHANGED
      FROM 9750 TO [12054] BRYAN, EDRED

01/23/2025  03:58 pm
    INMATE RESPONSE:
      What's the person name in charge of the kitchen

01/30/2025  06:53 am                                                                          12054
    CLOSED:
      Aramark is used for kitchen.  Deputy Davis did not dispose of your requests for your kosher diet.  If your complaint is that he
      used foul language, I can speak with him.  Otherwise, your food is not being withheld and you are fed with the rest of your
      dayroom.

01/31/2025  11:40 am
    INMATE APPEAL:
      how many times is my food going to be tampered with

02/03/2025  08:29 am                                                                          9750
    USER ASSIGNED CHANGED
      FROM 9750 TO [12054] BRYAN, EDRED

02/03/2025  09:47 am
    INMATE RESPONSE:
      I really didn't like the way kitchen staff responding to my grievance covered  for the pod officers who wore using torture
      tactics playing with my food unless their part of the Rico activities and campaign of harA**ment the kosher tray should be
      seal any way and I know the kosher meals are prepared on a separate table so it should be easy to track what happen to a
      kosher tray using the cameras

| Request Type: | **GRIEVANCE** | | Request Subtype: | **STAFF CONDUCT** |
|---|---|---|---|---|
| Assigned Group: | | | Assigned User: | 10015 |
| Request Number: | 804052 | Status: CLOSED | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Initial Location: | ▇▇▇▇ | | Current Location: | ▇▇▇ |
| Inmate Number: | 542582 | | | |
| | | Inmate Secondary Number: | | 202400011716 |

**Stamp**  **Action**  Detail                                                                              **User**

**01/23/2025  04:38 pm**
  [READ: 01/23/2025 16:45:09] [GRIEVANCE] GRIEVANCE INSTRUCTI              14039
    Please submit your grievance

**01/23/2025  04:58 pm**
  INMATE RESPONSE:
    Officer's have already played with my food causing me to be sick and removing items off my tray when I caught officer removing items off my tray he slammed my hand in the food slot the other day I told Davis we'll you need to call and get my food that is his job he said I'll feed you if I F***en want you won't eat the person answer my grievance thinking its a game am I gonna have to kill one or two of you I mean for real   I already was sick from what officer's did to my food  I'm not gonna I

**01/24/2025  07:02 am**
  USER ASSIGNED CHANGED                                                      9750
    FROM <UNASSIGNED> TO [10030] CONLEY, SEAN

**01/24/2025  08:32 am**
  INMATE RESPONSE:
    Also officer slammed my finger in the tray slot because I tried to check my dinner sack lunch in front of him and it was missing item's but he slammed my finger in the tray slot and yell's we already checked it as he speeds off Chen his body can  12/25/2024 my breakfast tray was shook up to the point I didn't know what it was that's called torture by definition nothing is being done no action taken for the violation of my human rights.deliberate indifference campaign of harA**ment, lawsuit retai

**01/24/2025  09:44 am**
  CLOSED:                                                                    10030
    Mr. Williams, no one is playing with your food. Deputy Davis attemtped to view your nurses slip to verify the start date of your Kosher diet and you refused to cooperate and let him view it. Deputy Davis got you a kosher tray later that day regardless. Secondly, no one slammed your hand or finger in a food port. If they did, Im confident you would tell me immediately. Also, month-old grievances about a food tray that allegedly occurred on 12/12/25 are hard to remedy, being that it was 4 weeks ago and I have no way of verifying. Also, threats to assault staff will not be tolerated and could possibly result in disciplinary action or suspension from the kite system.

**01/26/2025  09:13 am**
  INMATE APPEAL:
    Officer mccanen on 12/31/2024 did slammy finger I  the tray slot when I tried to check my dinner sack lunch for missing items the time was 6:00am when he did this then the female officer in the tower refused to give me a grievance I let the nurse know she did rounds that night check the officers body cam 01/22/2024 Davis illegally read legal mail and was up set so when he was handing breakfast out he tried to pick a fight with meso he could take my time saying u won't F***en eat I you won't eat

**01/27/2025  08:04 am**
  USER ASSIGNED CHANGED                                                      9750
    FROM 9750 TO [15082] GREEN, SHANNON

**01/27/2025  02:11 pm**
  INMATE RESPONSE:
    So I am seeing a pattern of officer playing with my food tray and playing dumb officer Betters also played dumb 01/19/2025 for lunch and breakfast, then one day he takes my tablet like he put it on the charger and hides it for a couple days Gomez ,Tailer and  Sgt. look  for it twos days so I don't really send it out I have to wait days for certain officers.Betters can cut the act I headed him wisper to officer Lacey during 10:00 pm countwe had to send t guy to 5A suicide cell for reality check

**01/29/2025  10:09 am**
  RESPONSE:                                                                  15082
    This grievance was routed to the wrong person. Forwarded to the orignal sergeant who was involved.

**01/29/2025  10:09 am**
  USER ASSIGNED CHANGED                                                      15082
    FROM 15082 TO [16005] NOLAN, RILEY

| Request Type: | GRIEVANCE | | Request Subtype: | MAIL/CORRISPONDENCE |
|---|---|---|---|---|
| Assigned Group: | | | Assigned User: | 02020 |
| Request Number: | 803411 | Status: CLOSED | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Initial Location: | ████ | | Current Location: | ████ |
| Inmate Number: | 542582 | Inmate Secondary Number: | 202400011716 | |

| Stamp | Action Detail | User |
|---|---|---|
| | Sir<br>The mail room does not delay or read legal mail. If it is opened in error a note will be inside the envelope expaining so.<br>Lt Whisker | |
| 01/27/2025  02:39 pm | | 02020 |
| | FLAG CHANGED<br>FLAGGED AS UNFOUNDED | |

| Request Type: | GRIEVANCE | | Request Subtype: | MAIL/CORRISPONDENCE |
|---|---|---|---|---|
| Assigned Group: | | | Assigned User: | 02020 |
| Request Number: | 805071 | Status: CLOSED | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Initial Location: | ███████ | | Current Location: | ███████ |
| Inmate Number: | 542582 | | Inmate Secondary Number: | 202400011716 |

| Stamp | Action Detail | User |
|---|---|---|

**01/26/2025  09:41 am**
[READ: 01/26/2025 09:55:56] [GRIEVANCE] GRIEVANCE INSTRUCTI                 23057
Please submit your grievance

**01/26/2025  10:28 am**
INMATE RESPONSE:
The mailroom is holding mail coming in and leaving the facility effecting the out come of legal matters I am als being denied legal supply's I ask for legal envelopes two weeks a go this is lawsuit retaliation I am also not receiving enter jail mail my Due process is being violated

**01/28/2025  07:04 am**                 9750
USER ASSIGNED CHANGED
FROM <UNASSIGNED> TO [09027] WOOD, TERRI

**01/28/2025  05:36 pm**
INMATE RESPONSE:
I feel this is an attempt to stop my litigation illegal Rico activity by officers a violation of my protected conduct  I don't feel safe with officers braking all these laws

**01/29/2025  01:20 pm**                 09027
CLOSED:
Mr. Williams.  This has been answered in a previous kite,  Please use the envelopes that have been provided to you before requesting additional envelopes. This grievance is unfounded and is now closed.

**01/29/2025  01:20 pm**                 09027
FLAG CHANGED
FLAGGED AS UNFOUNDED

**01/30/2025  01:55 pm**
INMATE APPEAL:
And I have still not received legal envelope which proves there being with held from me the block my protected conduct by law this is illegal

**01/31/2025  06:12 am**                 9750
USER ASSIGNED CHANGED
FROM 9750 TO [02020] WHISKER, BRANDON

**01/31/2025  10:32 am**
INMATE RESPONSE:
Officers went to the mail room 2 that I know of the mail room called let's just except it there's is outrageous officer conduct here officers acted illegal now they are threatened by me utilizing my protected conduct violating my civil right and constitution I been trying to get these envelopes marked as legal for two weeks their trying to affect the out come of my legal matter's violating Due process of law  this facilities corrupted officers is its own problem can I please get the envelopes

**02/04/2025  12:25 pm**                 02020
CLOSED:
sir
the mail room staff will be providing your legal mail shortly.

Lt whisker 02020

| Request Type: | GRIEVANCE | | Request Subtype: | STAFF CONDUCT |
|---|---|---|---|---|
| Assigned Group: | | | Assigned User: | 10015 |
| Request Number: | 804052 | Status: CLOSED | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Initial Location: | ██████ | | Current Location: | ██████ |
| Inmate Number: | 542582 | | Inmate Secondary Number: | 202400011716 |

| Stamp | Action Detail | User |
|---|---|---|
| 01/30/2025 12:07 am | | 16005 |
| | CLOSED: | |
| | I spoke to you in person about these issues and at this time I have no evidence to support your claims. I notified the supervisors involved with the multiple deputies that you have named and I do not have any evidence to support your claims. Sgt. Green re-routed this to me as I spoke to you in person, and she is aware of your accusations of her subordinate, Deputy McKinnon. At this time I have nothing to support your claims and no evidence that you were injured. It appears another supervisor also responded to this chain regarding your other accusations. At this time I am closing this grievance. -Sgt. Nolan | |
| 01/30/2025 01:50 pm | | |
| | INMATE APPEAL: | |
| | Well I think you should check his body can and also there should be camera footage of officers checking all the dinner sack lunches that's what mckannin yelled when he slammed my hand in the tray slot also I have already filed a lawsuit regarding the this | |
| 01/31/2025 06:16 am | | 9750 |
| | USER ASSIGNED CHANGED | |
| | FROM 9750 TO [10015] DANITZ, MEAGAN | |
| 01/31/2025 10:41 am | | |
| | INMATE RESPONSE: | |
| | Look the officers here are corrupt no one has the right to say keep talking I won't F***en feed  you and I'll call the kitchen if I F***en feel like it he paid to do a job not to attack me and I did not curse him. And now he's given me what I precieve to be threaning looks and quite possibly is the one who took my legal envelopes | |
| 02/03/2025 07:33 am | | 10015 |
| | CLOSED: | |
| | The investigation into this accusation was looked into and closed by Sgt. Riley. Closing the grievance based on the investigation. | |
| 02/03/2025 07:33 am | | 10015 |
| | FLAG CHANGED | |
| | FLAGGED AS UNFOUNDED | |

| Request Type: | GRIEVANCE | | | | Request Subtype: | STAFF CONDUCT |
| Assigned Group: | | | | | Assigned User: | 12054 |
| Request Number: | 805072 | | Status: APPEAL | | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Initial Location: | ████ | | | | Current Location: | ████ |
| Inmate Number: | 542582 | | Inmate Secondary Number: | | | 202400011716 |

**Stamp**    **Action** **Detail**                                      **User**

Yea there is a campaign of harA**ment and lawsuit retaliation they have now started blocking my legal access to the court by throwing away legal envelopes sent by the mail room when you play with a person slam there hand in door play with their mail ...intional  and food thats intentional infliction of emotional distress/torture tactics I really don't have any thing I can say at this time.

| Request Type: | **GRIEVANCE** | | Request Subtype: | **STAFF CONDUCT** |
| Assigned Group: | | | Assigned User: | **12054** |
| Request Number: | **805072** | Status: **APPEAL** | Inmate Name: | **WILLIAMS, SIRRLOVE REESE** |
| Initial Location: | ▮▮▮▮▮ | | Current Location: | ▮▮▮▮▮ |
| Inmate Number: | **542582** | Inmate Secondary Number: | **202400011716** | |

| Stamp | Action | Detail | | User |
|---|---|---|---|---|

**01/26/2025  09:41 am**                                                                 **23057**
[READ: 01/26/2025 09:56:02] [GRIEVANCE] GRIEVANCE INSTRUCTI
Please submit your grievance

**01/26/2025  10:17 am**
INMATE RESPONSE:
on 01/22/2025 at 07:00 am Davis had removed kosher tag from breakfast tray and was playing a game of prove you get a kosher meal I didn't curse him once he Say's I'll call the kitchen if I  F***en won't you keep talking you won't eat I didn't curse him once he violated my right to free speech and my right to to it as a human I don't have to do a trick like a dog to eat it's his job to verify I get kosher he gets paid for that he violated my human right six you check body cam he's pick in fight
                                                                                          **9750**

**01/27/2025  09:15 am**
USER ASSIGNED CHANGED
FROM <UNASSIGNED> TO [10030] CONLEY, SEAN

**01/27/2025  01:52 pm**
INMATE RESPONSE:
yea these tactics amount to torture inhuman treatment he Officer Davis wanted to make it appear as if I just snapped on him but I said very little look at his bodycam he was attempting to bate me into an altercation... Again I do not get paid to do his job  if this is the case did he make every one show tags from there old food tray ...no because he was targeting me even after I show him the tag he acted as if I was lying any way all I said was you need to call some one "I'll F***en call if
                                                                                          **10030**

**01/29/2025  05:52 am**
CLOSED:
Deputy Davis is verifying whether you get a kosher tray or not. You have never been denied a meal. In the future, please simply show staff your medical slip for a Kosher tray to avoid this entire situation. Thank you.

**01/30/2025  09:07 am**
INMATE APPEAL:
Now Davis is starring at me threatening manner mand he started conflict we me on 01/22/2025 at 7:00 am cursing me threatening not to feed me and still working around me so he can intimidate me and throw mail away he and officer Better's they had me put in medical suicide cell with out being suicidal I want to know what's being done about Davis cursing me threatening not to feed me telling me shut up or you won't eat unfair inhuman treatment  inflicting emotional distress
                                                                                          **9750**

**01/31/2025  06:53 am**
USER ASSIGNED CHANGED
FROM 9750 TO [10030] CONLEY, SEAN
                                                                                          **10030**

**01/31/2025  07:39 am**
CLOSED:
Staring at you in a threatening manner is highly subjective and not applicable for a grievance. No one is throwing away your mail. When citing issues, please report them promptly (not 9 days later) and include the date, time, and exactly what occurred. Thank you.

**01/31/2025  10:20 am**
INMATE APPEAL:
Davis showed me there is a continuing illegal practice here of playing with people food officers don't like and with holding food he was trying to conflict with me point blank being reading the grievance response you see fellow officers covering for him calusion and now I'm getting what I preceive as threatening look's and t the grievance system here is fake and set up to appear as if you have an administrative remedy but you don't what he said to me and how he treated me is illegal practice hec
                                                                                          **9750**

**02/03/2025  08:28 am**
USER ASSIGNED CHANGED
FROM 9750 TO [12054] BRYAN, EDRED

**02/03/2025  09:37 am**
INMATE RESPONSE:

| Request Type: | GRIEVANCE | | Request Subtype: | STAFF CONDUCT |
|---|---|---|---|---|
| Assigned Group: | | | Assigned User: | 10015 |
| Request Number: | 805808 | Status: CLOSED | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Initial Location: | ▮▮▮▮ | | Current Location: | ▮▮▮▮ |
| Inmate Number: | 542582 | | Inmate Secondary Number: | 202400011716 |

| Stamp | Action Detail | User |
|---|---|---|

**01/27/2025  09:17 pm**  —  **25019**
[READ: 01/28/2025 14:56:46] [GRIEVANCE] GRIEVANCE INSTRUCTI
Please submit your grievance

**01/28/2025  05:30 pm**
INMATE RESPONSE:
On 12/31/2024 Officer Mckannin slammed my finger in the tray slot because I tried to  check my dinner sack lunch officer have been taking item out he didn't even give me a chance to move my hand he slammed the tray slot yelling we already checked it that means he is the one who took the cookies out because they wore not in there and he was trying to hurt me officer are like we pA** the investigation to the other side of the week trying to cover up a campaign of harA**ment and law suit retaliatio

**01/29/2025  08:11 am**  —  **9750**
USER ASSIGNED CHANGED
FROM <UNASSIGNED> TO [15082] GREEN, SHANNON

**01/29/2025  10:12 am**  —  **15082**
USER ASSIGNED CHANGED
FROM 15082 TO [16005] NOLAN, RILEY

**01/29/2025  10:52 am**
INMATE RESPONSE:
I'm still waiting for  a response because I can already prove Rico activity and campaign of harA**ment

**01/30/2025  12:08 am**  —  **16005**
CLOSED:
Please see my responses to your other grievances reference this same issue. -Sgt. Nolan

**01/30/2025  08:54 am**
INMATE APPEAL:
I don't feel this matter has been investigated and I'm noticing when an officer attacks you or if you have a law suit on someone they put them back around you again so they can intimidate you throw mail and legal mail a way and so the officer can stare at you in a threatening manner like Davis did 01/29/2025 when I went to my official visit and like Mckannin did 01/31/2025 when he can through with the nurse on at 7:40 am and this matter with Mckannin  slamming my hand in the tray slot is being p

**01/31/2025  06:58 am**  —  **9750**
USER ASSIGNED CHANGED
FROM 9750 TO [10015] DANITZ, MEAGAN

**01/31/2025  09:18 am**
INMATE RESPONSE:
At this point there is a lot of outrageous officer conduct going out doing things to hurt people mentally and physically is torture campaign of harA**ment and lawsuit retaliation officers are links in a chain of outrageous officer conduct amounting to human rights abuse playing with my food slamming my hand in tray slot setting up fight between me and another inmate hiding tablet blocking my access to court and mckannin coming to server my food after he A**aulted me by slamming my hand in tray s

**02/03/2025  07:34 am**  —  **10015**
CLOSED:
Sgt. Nolan already investigated this issue and found no wrong doing. Closed.

**02/03/2025  07:34 am**  —  **10015**
FLAG CHANGED
FLAGGED AS UNFOUNDED

| Request Type: | GRIEVANCE | | Request Subtype: | MAIL/CORRISPONDENCE |
|---|---|---|---|---|
| Assigned Group: | | | Assigned User: | 02020 |
| Request Number: | 805807 | Status: CLOSED | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Initial Location: | ▮▮▮▮ | | Current Location: | ▮▮▮▮ |
| Inmate Number: | 542582 | | Inmate Secondary Number: | 202400011716 |

| Stamp | Action Detail | User |
|---|---|---|

**01/27/2025  09:16 pm** — 25019
[READ: 01/28/2025 14:56:43] [GRIEVANCE] GRIEVANCE INSTRUCTI
Please submit your grievance

**01/28/2025  05:18 pm**
INMATE RESPONSE:
I have requested legal envelopes I have not received them I am unable to aid and A**ist in my own legal defense with out a way to send out legal mail also I an by law guaranteed a right to confidentiality my mail is being held and open and glued shut mail going out is being held and open and glued shut   my Attorney viewed a document from the federal court and agreed even with a holiday mail was held 5 day's too long that is illegal officer Davis was highly upset when my mail came he read it

**01/29/2025  08:10 am** — 9750
USER ASSIGNED CHANGED
FROM <UNASSIGNED> TO [09027] WOOD, TERRI

**01/29/2025  10:48 am**
INMATE RESPONSE:
Still waiting for legal envelopes

**01/29/2025  01:17 pm** — 09027
CLOSED:
Legal mail is not opened except in your presence with a Deputy.  Any other mail is subject to review.  Please ask your Pod Tower if they have envelopes that need delivered to you.  The Mail Room is not holding any mail for you.  All mail is subject to the post offices procedures and staffing.  ACDF processes all outgoing and incoming mail as soon as it is received.  This grievance is unfounded and is now closed.  ISS Supervisor Wood 09027

**01/30/2025  09:18 am**
INMATE APPEAL:
I still have not received legal envelopes I called the tower they said they didn't have the envelopes the mail room sent and that the mail room just called them I guess this the is what happens when you have the same officers around an inmate that the inmate has filed a law suit on  I still need three manella

**01/30/2025  09:46 am** — 9750
USER ASSIGNED CHANGED
FROM 9750 TO [02020] WHISKER, BRANDON

**01/30/2025  01:43 pm**
INMATE RESPONSE:
my apology that I have to file grievances and take legal action but my civil rights and protected conduct is being violated and officers are using the tactics I am sorry I forgot your mail on the work out machine or your tag fell off your kosher or I accidentally slammed your hand in the tray slot or we accidentally misplaced your mail so I need some one to please walk me some envelopes down here please it should be apparent they be Davis, Better s , and some people don't want me to file legal w

**02/04/2025  12:25 pm** — 02020
CLOSED:
advised in different kite

| Request Type: | GRIEVANCE | | Request Subtype: | STAFF CONDUCT |
|---|---|---|---|---|
| Assigned Group: | GRIEVANCE - STAFF ETHICS | | Assigned User: | 07070 |
| Request Number: | 809397 | Status: OPEN | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Initial Location: | ▉▉▉▉ | | Current Location: | ▉▉▉ |
| Inmate Number: | 542582 | Inmate Secondary Number: | | 202400011716 |

| Stamp | Action Detail | User |
|---|---|---|
| 02/05/2025  05:35 am | [READ: 02/05/2025 06:03:40] [GRIEVANCE] GRIEVANCE INSTRUCTI Please submit your grievance | 24130 |
| 02/05/2025  06:11 am | INMATE RESPONSE: 02/04/2025 at06:00 pm The female officer working in the tower while acting under color of law violated my produced conduct by refusing to give me a grievance or open one she stated every night you file one  this is the third time she's done this | |
| 02/05/2025  09:49 am | USER ASSIGNED CHANGED FROM <UNASSIGNED> TO [07070] PORRAS, ALFREDO | 12039 |

| Request Type: | **GRIEVANCE** | | Request Subtype: | **MAIL/CORRISPONDENCE** |
|---|---|---|---|---|
| Assigned Group: | | | Assigned User: | 02020 |
| Request Number: | 806913 | Status: **APPEAL** | Inmate Name: | **WILLIAMS, SIRRLOVE REESE** |
| Initial Location: | ▮▮▮ | | Current Location: | ▮▮▮ |
| Inmate Number: | 542582 | | Inmate Secondary Number: | 202400011716 |

| Stamp | Action | Detail | User |
|---|---|---|---|

**01/30/2025 12:04 pm** — 24130
[READ: 01/30/2025 13:24:34] [GRIEVANCE] GRIEVANCE INSTRUCTI
Please submit your grievance

**01/30/2025 01:58 pm**
INMATE RESPONSE:
I have still not received legal envelope which prove there being stashed or thrown a way I have the right to file legal action but my protected conduct by law is being violated and officers are using the tactics to violate my protected conduct by law

**01/31/2025 09:04 am** — 9750
USER ASSIGNED CHANGED
FROM <UNASSIGNED> TO [09027] WOOD, TERRI

**01/31/2025 10:04 am**
INMATE RESPONSE:
Even though mail is inner jail mail it is still violation of my right to get them envelopes marked as legal and use them to correspond to the court or with what ever legal entity I what ever legal way I chooseblocking legal access violates Due process of law civil and constitution right two officer went and check the mail room like it was gonna be returned to sender and the mail room called the pod  let's just except it there's fawl play going on here I've been trying to get these envelopes 2 we

**02/02/2025 10:53 am** — 09027
RESPONSE:
Mr. Williams,  I called the Pod this morning and they have no mail  for you to deliver.  Please confirm that you still have not received your envelopes that were send on 1/22. I will speak to the watch commander regarding these.  He may research it. In the mean time, when the mail clerk arrives on Monday, I will have these repaced and delivered to you by my staff or myself.  Inmate Services Supervisor Wood

**02/03/2025 09:24 am**
INMATE RESPONSE:
I still have not received my legal envelopes they wore stashed or thrown away I still need legal envelopes I'm three weeks behind in  my legal litigation

**02/03/2025 09:26 am**
INMATE APPEAL:
I still have not received my legal envelopes they wore stashed or thrown away I still need legal envelopes I'm three weeks behind in my legal litigation

**02/04/2025 05:06 am** — 9750
USER ASSIGNED CHANGED
FROM 9750 TO [02020] WHISKER, BRANDON

**02/04/2025 12:26 pm** — 02020
CLOSED:
advised in different kite.

**02/04/2025 06:39 pm**
INMATE APPEAL:
I still have not received these legal envelopes this is campaign of harA**ment and lawsuit retaliation.

**02/05/2025 09:23 am** — 12039
USER ASSIGNED CHANGED
FROM 9750 TO [02020] WHISKER, BRANDON

| Request Type: | GRIEVANCE | | Request Subtype: | MAIL/CORRISPONDENCE |
|---|---|---|---|---|
| Assigned Group: | GRIEVANCE - INMATE SERVICES | | Assigned User: | 09027 |
| Request Number: | 809399 | Status: OPEN | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Initial Location: | ▉▉▉▉ | | Current Location: | ▉▉▉ |
| Inmate Number: | 542582 | | Inmate Secondary Number: | 202400011716 |

| Stamp | Action Detail | User |
|---|---|---|

**02/05/2025  05:35 am**
    [READ: 02/05/2025 06:03:45] [GRIEVANCE] GRIEVANCE INSTRUCTI      24130
      Please submit your grievance

**02/05/2025  06:30 am**
    INMATE RESPONSE:
      I still have not received legal envelopes I requested from the mail room I am now three weeks behind in litigation with the federal court and the county court the Arapahos sheriff Department is blocking me from the courts the female in the tower 02/04/2025 at 06:04 pm bragged about how they have my mail up there but won't give it to me and grave yard shift didn't pA** it out this is mail tampering by officers who are acting under color of law violating my protected conduct to communicate with th

**02/05/2025  09:41 am**
    USER ASSIGNED CHANGED      12039
      FROM <UNASSIGNED> TO [09027] WOOD, TERRI

| | | | | |
|---|---|---|---|---|
| Request Type: | GRIEVANCE | | Request Subtype: | RECORDS |
| Assigned Group: | GRIEVANCE - RECORDS | | Assigned User: | 14099 |
| Request Number: | 809398 | Status: OPEN | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| Initial Location: | ▓▓▓▓ | | Current Location: | ▓▓▓▓ |
| Inmate Number: | 542582 | | Inmate Secondary Number: | 202400011716 |

**Stamp**    **Action**  **Detail**                                                                    **User**

02/05/2025  05:35 am                                                                              24130
    [READ: 02/05/2025 06:03:43] [GRIEVANCE] GRIEVANCE INSTRUCTI
      Please submit your grievance

02/05/2025  06:34 am
    INMATE RESPONSE:
      I have requested copies of every Grievance  I wrote since being hereat Arapahos county jail I have agreed to be charged for
      the copies to my account.

02/05/2025  09:43 am                                                                              12039
    USER ASSIGNED CHANGED
      FROM <UNASSIGNED> TO [14099] CARMAN, BETH

| Request Type: | GRIEVANCE | | Request Subtype: | STAFF CONDUCT |
|---|---|---|---|---|
| Assigned Group: | GRIEVANCE - STAFF ETHICS | | Assigned User: | |
| Request Number: | 809432 | Status: CLOSED | | |
| Initial Location: | ███████ | | Inmate Name: | WILLIAMS, SIRRLOVE REESE |
| | | | Current Location: | ██████ |
| Inmate Number: | 542582 | | Inmate Secondary Number: | 202400011716 |

| Stamp | Action Detail | User |
|---|---|---|
| 02/05/2025  07:26 am | | 24130 |
| | [READ: 02/05/2025 07:54:31] [GRIEVANCE] GRIEVANCE INSTRUCTI Please submit your grievance | |
| 02/05/2025  08:07 am | | |
| | INMATE RESPONSE: | |
| | Chief Hiworbrown ....Has failed to train supervise and monitor officers under his employment, who continue to violate my rights and this shows he is running a continuing illegal practice while acting under color of state law also has failed to keep me safe officers have mail in the rower that they are with holding, an officer slammed my finger in the tray slot officers have been taking food out of trays ,officers staged a fight between me and another inmate who is unstable and threatens to rape | |
| 02/05/2025  09:48 am | | 12039 |
| | CLOSED: | |
| | ADMIN: If you wish to submit a grievance, please include: the date and time of the incident, the location (pod/dayroom/cell), exactly what happened, and which staff member(s) or inmate(s) was involved. | |
| 02/05/2025  09:48 am | | 12039 |
| | FLAG CHANGED | |
| | FLAGGED AS UNFOUNDED | |

_m S

...y Detention Facility

...30155-4918

★ ★ ★ USA ★ FOREVE...

Legal
Mail
02-21-2025

U.S.D.C. Court
901-19th St, Rm. A105
Denver Colo 80294

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST-CONSUMER CONTENT

FSC
MIX
Envelope
PSC® C137131

Mail is
illegally
held for
a week at a
time here
There's no
Turn Out
02-21-2025

Name: Sir love williams 542588
ID#:
Arapahoe County Detention Facility
P.O. Box 4918
Centennial, CO 80155-4198

U.S., D.C. Court
901-19th st. Rm. A105
Denver, Co. 80294

Legal
mail
out on:
02-20-2025

INDIGENT
LEGAL MAIL



Legal Mail, incoming and
outgoing, is held for Days
at this Place, and illegally
Opened